| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

JUSTIN PULLIAM

*versus*

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity

| | |
|---|---|
| Lawyer's Name | Jeffrey Rowes |
| Firm | Institute for Justice |
| Street | 816 Congress Ave., Suite 960 |
| City & Zip Code | Austin, Texas 78701 |
| Telephone & Email | (512) 480-5936; jrowes@ij.org |
| Licensed: State & Number | TX Bar No. 24104956 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Plaintiff, Justin Pulliam |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/5/2022 | Signed: | /s/ Jeffrey Rowes |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:              Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                   United States District Judge