# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

COMES NOW Plaintiff Justin Pulliam —who is requesting individual declaratory, injunctive, and retrospective relief—and, pursuant to the Court's Order for Conference and Disclosure of Interested Parties dated December 6, 2022 [ECF No. 4], hereby shows as follows:

Justin Pulliam ("Plaintiff") is an individual, not a corporate party.

Kelsey Pulliam, Plaintiff's spouse, is an individual, not a corporate party.

Pulliam Media LLC is a limited liability corporation incorporated in Texas. Plaintiff is its sole member.

There are no other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities financially interested in the outcome of this litigation.

If additional parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, counsel will file an amended certificate of disclosure.

Dated: December 7, 2022         Respectfully submitted,

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
Texas Bar No. 24109731
Federal ID No. 3749010
Jeffrey Rowes*, of counsel
TX Bar No. 24104956
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: tclark@ij.org
jrowes@ij.org

*Attorneys for Plaintiff*
*Application *pro hac vice* pending

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of December, 2022, I electronically filed the foregoing Certificate of Disclosure of Interested Parties with the Clerk of Court using the CM/ECF system.

I further certify that I caused a copy of the foregoing Certificate of Disclosure of Interested Parties to be served via process server to the following individuals:

**County of Fort Bend, Texas** by serving Fort Bend County Judge KP George

**Sheriff Eric Fagan**, in his individual capacity

**Officer Robert Hartfield**, in his individual capacity

**Officer Jonathan Garcia**, in his individual capacity

**Officer Taylor Rollins**, in his individual capacity

**Officer Ricky Rodriguez**, in his individual capacity

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
*Attorney for Plaintiff*