United States District Court
Southern District of Texas

**ENTERED**

December 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

JUSTIN PULLIAM

*versus*

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey Rowes<br>Institute for Justice<br>816 Congress Ave., Suite 960<br>Austin, Texas 78701<br>(512) 480-5936; jrowes@ij.org<br>TX Bar No. 24104956 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Justin Pulliam |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✓____

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   12/5/2022 | Signed:   /s/ Jeffrey Rowes |
|---|---|

| The state bar reports that the applicant's status is: *Current* | |
|---|---|
| Dated: 12/7/22 | Clerk's signature *Jenn M. Ceuxcncu* |

### Order

Dated: __12/8/22__

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge