# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Justin Pulliam

v.   Case Number: 4:22–cv–04210

Fort Bend County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/16/2023

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   December 13, 2022

Nathan Ochsner, Clerk