# Southern District of Texas - Houston Division, Texas

515 RUSK ST HOUSTON TX 77002

RUSH SERVICE

## CASE #: 4:22-CV-04210

**JUSTIN PULLIAM**

*Plaintiff*
vs
**COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, IN HIS INDIVIDUAL CAPACITY; OFFICER ROBERT HARTFIELD, IN HIS INDIVIDUAL CAPACITY; ET AL.**

*Defendant*

## AFFIDAVIT OF SERVICE

**I, CHRISTOPHER G SAMPA, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 12/14/22 3:48 pm, instructing for same to be delivered upon COUNTY OF FORT BEND, TEXAS, BY DELIVERING TO, FORT BEND COUNTY JUDGE KP GEORGE Or Anyone Who Is Legally Allowed To Accept Service On The Judge's Behalf.

| | |
|---|---|
| That I delivered to: | COUNTY OF FORT BEND, TEXAS, BY DELIVERING TO, FORT BEND COUNTY JUDGE KP GEORGE Or Anyone Who Is Legally Allowed To Accept Service On The Judge's Behalf. By Delivering to Kenneth Cannata, Fort Bend County Att |
| the following | : Summons Issued - County of Fort Bend, Texas; Civil Cover Sheet; Complaint; Motion to Appear Pro Hac Vice; Order for Conference; Plaintiff's Certificate of Disclosure of Interested Parties; Order Granting Motion to Appear Pro Hac Vice; Notice of pretrial conference rescheduled; Judge Hittner's Procedures |
| at this address | : 401 Jackson St., Richmond, Fort Bend County, TX 77469 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Wednesday DEC 14, 2022 4:42 pm |

My name is CHRISTOPHER G SAMPA, my date of birth is MAR 12th, 1965, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fort Bend County, State of Texas, on the 15th day of December, 2022.

*Christopher Sampa*
CHRISTOPHER G SAMPA          953    Declarant
TX Certification#: PSC-1088 Exp. 08/31/2024

AX02A22C02217

Service Fee: 125.00  PCP Inv#: A22C02217
Witness Fee:     .00
Mileage Fee:     .00  Reference : 4:22-CV-04210
Rowes, Jeffrey

eaffidavits@pcpusa.net

RETURN TO CLIENT