# Southern District of Texas - Houston Division, Texas

515 RUSK ST HOUSTON TX 77002

RUSH SERVICE

## CASE #: 4:22-CV-04210

**JUSTIN PULLIAM**

*Plaintiff*
vs
**COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, IN HIS INDIVIDUAL CAPACITY; OFFICER ROBERT HARTFIELD, IN HIS INDIVIDUAL CAPACITY; ET AL.**

*Defendant*

## AFFIDAVIT OF SERVICE

**I, CHRISTOPHER G SAMPA, make statement to the fact;**
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 12/16/22 9:04 am, instructing for same to be delivered upon FAGAN, ERIC (SHERIFF) IN HIS INDIVIDUAL CAPACITY.

That I delivered to: FAGAN, ERIC (SHERIFF) IN HIS INDIVIDUAL CAPACITY

| | |
|---|---|
| the following | : Summons Issued - Sheriff Eric Fagan; Civil Cover Sheet; Complaint; Motion to Appear Pro Hac Vice; Order for Conference; Plaintiff's Certificate of Disclosure of Interested Parties; Order Granting Motion to Appear Pro Hac Vice; Notice of pretrial conference rescheduled; Judge Hittner's Procedures |
| at this address | : 1804 Richmond Parkway, Richmond, Fort Bend County, TX 77479 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Monday DEC 19, 2022 2:16 pm |

My name is CHRISTOPHER G SAMPA, my date of birth is MAR 12th, 1965, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fort Bend County, State of Texas, on the 20th day of December, 2022.

_____
CHRISTOPHER G SAMPA          953   Declarant
TX Certification#: PSC-1088 Exp. 08/31/2024

AX02A22C02381

Service Fee: 125.00   PCP Inv#: A22C02381
Witness Fee:     .00
Mileage Fee:     .00   Reference : 4:22-CV-04210
Rowes, Jeffrey

eaffidavits@pcpusa.net

RETURN TO CLIENT