Southern District of Texas - Houston Division, Texas          RUSH SERVICE
515 RUSK ST HOUSTON TX 77002

CASE #: 4:22-CV-04210

JUSTIN PULLIAM

*Plaintiff*
vs
COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, IN HIS INDIVIDUAL CAPACITY; OFFICER ROBERT HARTFIELD, IN HIS INDIVIDUAL CAPACITY; ET AL.

*Defendant*

## AFFIDAVIT OF SERVICE

I, ERIC JOHNSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 12/29/22 8:49 am, instructing for same to be delivered upon RODRIGUEZ, RICKY (OFFICER) IN HIS INDIVIDUAL CAPACITY.

That I delivered to: RODRIGUEZ, RICKY (OFFICER) IN HIS INDIVIDUAL CAPACITY

| | |
|---|---|
| the following | : Summons Issued - Officer Ricky Rodriguez; Civil Cover Sheet; Complaint; Motion to Appear Pro Hac Vice; Order for Conference; Plaintiff's Certificate of Disclosure of Interested Parties; Order Granting Motion to Appear Pro Hac Vice; Notice of pretrial conference rescheduled; Judge Hittner's Procedures |
| at this address | : 1840 Richmond Parkway<br>Richmond, Fort Bend County, TX 77469 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Saturday DEC 31, 2022 4:09 pm |

My name is ERIC JOHNSON, my date of birth is JUN 14th, 1965, and my address is 18202 County Road 40, Rosharon, TX 77583 and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in BRAZORIA County, State of Texas, on the ___1st___ day of
___Jan___, 20_23_.

ERIC JOHNSON                          64657       Declarant
TX Certification#: PSC-690 Exp. 11/30/2024

filepro
eaffidavits@pcpusa.net

Service Fee:  525.00    PCP Inv#: A22C02387
Witness Fee:     .00
Mileage Fee:     .00    Reference : 4:22-CV-04210
Rowes, Jeffrey

RETURN TO CLIENT