**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUSTIN PULLIAM,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **COUNTY OF FORT BEND, TEXAS;** | § | **CIVIL ACTION NO.: 4:22-cv-04210** |
| **SHERIFF ERIC FAGAN, in his individual** | § | |
| **capacity; OFFICER ROBERT** | § | |
| **HARTFIELD, in his individual capacity;** | § | |
| **OFFICER JONATHAN GARCIA, in his** | § | |
| **individual capacity; OFFICER TAYLOR** | § | |
| **ROLLINS, in his individual capacity; and** | § | |
| **OFFICER RICKY RODRIGUEZ, in his** | § | |
| **individual capacity,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE PETER BRAY:**

Defendant, County of Fort Bend, Texas files this Certificate of Interested Persons

identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Justin Pulliam, Plaintiff
2. County of Fort Bend, Texas, Defendant
3. Sheriff Eric Fagan, Defendant
4. Officer Robert Hartfield, Defendant
5. Officer Jonathan Garcia, Defendant
6. Officer Taylor Rollins, Defendant
7. Officer Ricky Rodrigues, Defendant
8. Victoria Clark, Plaintiff's Counsel
9. Jeffrey Rowes, Plaintiff's Co-Counsel

Dated:  January 4, 2023                    Respectfully Submitted,

                                           */s/ Kevin Hedges*
                                           Kevin Hedges, Attorney-in-Charge
                                           Assistant Fort Bend County Attorney
                                           SBN: 09370100
                                           Federal ID No. 9939
                                           401 Jackson Street, 3rd Floor
                                           Richmond, Texas 77469
                                           (281) 341-4555
                                           (281) 341-4557 Facsimile
                                           Kevin.Hedges@fbctx.gov
                                           Attorney-in-Charge for Defendant
                                           County of Fort Bend, Texas

## CERTIFICATE OF SERVICE

        I hereby certify that on January 4, 2023 that the foregoing document was served on all counsel of record via CM/ECF.

                                           */s/ Kevin Hedges*
                                           Kevin Hedges