Southern District of Texas - Houston Division, Texas         RUSH SERVICE
515 RUSK ST HOUSTON TX 77002

# CASE #: 4:22-CV-04210

JUSTIN PULLIAM

*Plaintiff*
vs
COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, IN HIS INDIVIDUAL CAPACITY; OFFICER ROBERT HARTFIELD, IN HIS INDIVIDUAL CAPACITY; ET AL.

*Defendant*

## AFFIDAVIT OF SERVICE

I, ERIC JOHNSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/03/23 1:03 pm, instructing for same to be delivered upon ROLLINS, TAYLOR (OFFICER) IN HIS INDIVIDUAL CAPACITY.

That I delivered to: ROLLINS, TAYLOR (OFFICER) IN HIS INDIVIDUAL CAPACITY

| | |
|---|---|
| the following | : Summons Issued - Officer Taylor Rollins; Civil Cover Sheet; Complaint; Motion to Appear Pro Hac Vice; Order for Conference; Plaintiff's Certificate of Disclosure of Interested Parties; Order Granting Motion to Appear Pro Hac Vice; Notice of pretrial conference rescheduled; Judge Hittner's Procedures |
| at this address | : 12131 WESTVIEW CIR<br>Needville, FORT BEND County, TX 77461 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Wednesday JAN 04, 2023 6:06 pm |

My name is ERIC JOHNSON, my date of birth is JUN 14th, 1965, and my address is 18202 County Road 40, Rosharon, TX 77583 and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in BRAZORIA County, State of Texas, on the ___4th___ day of
_____Jan_____, 20_23_.

ERIC JOHNSON                    64657    Declarant
TX Certification#: PSC-690 Exp. 11/30/2024

filepro
eaffidavits@pcpusa.net

Service Fee:  650.00   PCP Inv#: A22C02386
Witness Fee:     .00
Mileage Fee:     .00   Reference : 4:22-CV-04210
Rowes, Jeffrey

RETURN TO CLIENT