## Southern District of Texas - Houston Division, Texas
**515 RUSK ST HOUSTON TX 77002**                    RUSH SERVICE

## CASE #: 4:22-CV-04210

**JUSTIN PULLIAM**

*Plaintiff*
**vs**
**COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, IN HIS INDIVIDUAL CAPACITY; OFFICER ROBERT HARTFIELD, IN HIS INDIVIDUAL CAPACITY; ET AL.**

*Defendant*

### AFFIDAVIT OF SERVICE

I, ERIC JOHNSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 01/03/23 10:41 am, instructing for same to be delivered upon HARTFIELD, ROBERT (OFFICER) IN HIS INDIVIDUAL CAPACITY.

That I delivered to: HARTFIELD, ROBERT (OFFICER) IN HIS INDIVIDUAL CAPACITY

the following          : Summons Issued - Officer Robert Hartfield; Civil Cover Sheet;
                         Complaint; Motion to Appear Pro Hac Vice; Order for Conference;
                         Plaintiff's Certificate of Disclosure of Interested Parties;
                         Order Granting Motion to Appear Pro Hac Vice; Notice of pretrial
                         conference rescheduled; Judge Hittner's Procedures

at this address       : 8717 GARRETT ST
                        Needville, FORT BEND County, TX 77461

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on          : Wednesday JAN 04, 2023 6:20 pm

My name is ERIC JOHNSON, my date of birth is JUN 14th, 1965, and my address is 18202 County Road 40, Rosharon, TX 77583 and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.
Executed in BRAZORIA County, State of Texas, on the ___4th___ day of
_____Jan_____, 20_23_.

_____
ERIC JOHNSON                    64657    Declarant
TX Certification#: PSC-690 Exp. 11/30/2024

**filepro**
**eaffidavits@pcpusa.net**

Service Fee: 525.00   PCP Inv#: A22C02383
Witness Fee:     .00
Mileage Fee:     .00   Reference : 4:22-CV-04210
Rowes, Jeffrey

                                          RETURN TO CLIENT