IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| COUNTY OF FORT BEND, TEXAS; | § | CIVIL ACTION NO.: 4:22-cv-04210 |
| SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT, COUNTY OF FORT BEND, TEXAS', AMENDED CERTIFICATE OF INTERESTED PARTIES AND DEFENDANT, SHERIFF ERIC FAGAN'S, CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE PETER BRAY:**

Defendant, County of Fort Bend, Texas files this Amended Certificate of Interested Persons and Defendant, Sheriff Eric Fagan files this Certificate of Interested Persons identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Justin Pulliam, Plaintiff
2. County of Fort Bend, Texas, Defendant
3. Sheriff Eric Fagan, Defendant
4. Officer Robert Hartfield, Defendant
5. Officer Jonathan Garcia, Defendant
6. Officer Taylor Rollins, Defendant
7. Officer Ricky Rodriguez, Defendant
8. Victoria Clark, Plaintiff's Counsel
9. Jeffrey Rowes, Plaintiff's Co-Counsel

Dated:  January 9, 2023                                  Respectfully Submitted,

*/s/ Kevin Hedges*
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
SBN: 09370100
Federal ID No. 9939
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 Facsimile
Kevin.Hedges@fbctx.gov
Attorney-in-Charge for Defendants
County of Fort Bend, Texas and
Sheriff Eric Fagan

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023 that the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Kevin Hedges*
Kevin Hedges