IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| COUNTY OF FORT BEND, TEXAS; § | CIVIL ACTION NO.: 4:22-cv-04210 |
| SHERIFF ERIC FAGAN, in his individual § | |
| capacity; OFFICER ROBERT § | |
| HARTFIELD, in his individual capacity; § | |
| OFFICER JONATHAN GARCIA, in his § | |
| individual capacity; OFFICER TAYLOR § | |
| ROLLINS, in his individual capacity; and § | |
| OFFICER RICKY RODRIGUEZ, in his § | |
| individual capacity, § | |
| § | |
| *Defendants.* § | |

### DEFENDANT DEPUTY CONSTABLE JONATHAN GARCIA'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE PETER BRAY:**

Defendant, Deputy Constable Jonathan Garcia, files this Certificate of Interested Persons identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Justin Pulliam, Plaintiff
2. County of Fort Bend, Texas, Defendant
3. Sheriff Eric Fagan, Defendant
4. Officer Robert Hartfield, Defendant
5. Officer Jonathan Garcia, Defendant
6. Officer Taylor Rollins, Defendant
7. Officer Ricky Rodriguez, Defendant
8. Victoria Clark, Plaintiff's Counsel
9. Jeffrey Rowes, Plaintiff's Co-Counsel

1

Dated: January 10, 2023                  Respectfully Submitted,

                                         */s/ Kevin Hedges*
                                         Kevin Hedges, Attorney-in-Charge
                                         Assistant Fort Bend County Attorney
                                         SBN: 09370100
                                         Federal ID No. 9939
                                         401 Jackson Street, 3rd Floor
                                         Richmond, Texas 77469
                                         (281) 341-4555
                                         (281) 341-4557 Facsimile
                                         Kevin.Hedges@fbctx.gov
                                         Attorney-in-Charge for Defendant
                                         County of Fort Bend, Texas,
                                         Sheriff Eric Fagan and
                                         Deputy Constable Jonathan Garcia

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023 that the foregoing document was served on all counsel of record via CM/ECF.

                                         */s/ Kevin Hedges*
                                         Kevin Hedges