# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## UNOPPOSED MOTION TO CONSOLIDATE BRIEFING AND MODIFY BRIEFING SCHEDULE

Plaintiff respectfully requests that the Court modify the briefing schedule for pending and forthcoming motions to dismiss to allow the parties to consolidate their responses and replies. Plaintiff requests that the briefing schedule and page limits be modified as follows:

- Plaintiff shall file an omnibus response brief (responding to Dkts. 15, 19, 21, and any forthcoming motions to dismiss filed on behalf of a defendant by the Fort Bend County Attorney's Office) no later than February 14, 2023. It shall

be no more than forty (40) pages in length.

- All defendants represented by the Fort Bend County Attorney's Office shall file their corresponding omnibus reply brief no later than February 28, 2023. It shall be no more than twenty-five (25) pages in length.

Dated: January 23, 2023

Respectfully submitted,

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
Texas Bar No. 24109731
Federal ID No. 3749010
Jeffrey Rowes*, of counsel
TX Bar No. 24104956
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: tclark@ij.org
           jrowes@ij.org

*Attorneys for Plaintiff*
**Admitted* pro hac vice*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 18, 2023, I conferred via email with counsel of record for defendants Fort Bend County, Fagan, Garcia and Rodriguez. Counsel indicated his consent to this motion. No other defendant currently has counsel of record.

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
*Attorney for Plaintiff*