IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> COUNTY OF FORT BEND, TEXAS; § <br> SHERIFF ERIC FAGAN, in his individual § <br> capacity; OFFICER ROBERT § <br> HARTFIELD, in his individual capacity; § <br> OFFICER JONATHAN GARCIA, in his § <br> individual capacity; OFFICER TAYLOR § <br> ROLLINS, in his individual capacity; and § <br> OFFICER RICKY RODRIGUEZ, in his § <br> individual capacity, § <br> § <br> *Defendants.* § | CIVIL ACTION NO.: 4:22-cv-04210 |

**DEFENDANTS DEPUTY SHERIFF TAYLOR ROLLINS' AND
DETECTIVE ROBERT HARTFIELD'S CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE PETER BRAY:**

Defendants, Deputy Sheriff Taylor Rollins and Detective Robert Hartfield, files this Certificate of Interested Persons identifying all persons and entities that are financially interested in the outcome of this litigation:

1. Justin Pulliam, Plaintiff
2. County of Fort Bend, Texas, Defendant
3. Sheriff Eric Fagan, Defendant
4. Officer Robert Hartfield, Defendant
5. Officer Jonathan Garcia, Defendant
6. Officer Taylor Rollins, Defendant
7. Officer Ricky Rodriguez, Defendant
8. Victoria Clark, Plaintiff's Counsel
9. Jeffrey Rowes, Plaintiff's Co-Counsel

Dated:  January 25, 2023

Respectfully Submitted,

*/s/ Kevin Hedges*
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
SBN: 09370100
Federal ID No. 9939
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 Facsimile
Kevin.Hedges@fbctx.gov
Attorney-in-Charge for Defendant
County of Fort Bend, Texas,
Sheriff Eric Fagan, Deputy Constable
Jonathan Garcia, Deputy Sheriff Ricky
Rodriguez, Detective Robert Hartfield and
Deputy Sheriff Taylor Rollins

### CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023 that the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Kevin Hedges*
Kevin Hedges