United States District Court
Southern District of Texas

**ENTERED**

January 26, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, | |
| *Plaintiff,* | |
| v. | Civil Action No. 4:22-cv-4210 |
| COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, | |
| *Defendants.* | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE BRIEFING AND MODIFY BRIEFING SCHEDULE

This matter comes before the Court on Plaintiff's Motion to Consolidate Briefing and Modify Briefing Schedule (Dkt. 25).

The motion is GRANTED. The parties shall brief the pending motions to dismiss (Dkts. 15, 19, 21), and other forthcoming motions to dismiss filed on behalf of a defendant by the Fort Bend County Attorney's Office as follows:

- Plaintiff shall file an omnibus response brief no later than February 14, 2023.

It shall be no more than forty (40) pages in length.

- All defendants represented by the Fort Bend County Attorney's Office shall

  file their corresponding omnibus reply brief no later than February 28, 2023.

  It shall be no more than twenty-five (25) pages in length.


SO ORDERED this **26** day of _____ 2023.

_____
Honorable Judge David Hittner