UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Justin Pulliam

v.  Case Number: 4:22–cv–04210

Fort Bend County, Texas, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Peter Bray**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/16/2023

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 13, 2023                                   Nathan Ochsner, Clerk