# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>  *Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>  *Defendants*. | Civil Action No. 4:22-cv-4210 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET MOTION TO DISMISS DEADLINES

This matter comes before the Court on Plaintiff's Motion to Reset Motion to Dismiss Deadlines (ECF 34).

The motion is GRANTED. The Court recognizes Plaintiff's amended complaint (ECF 33) moots the pending Rule 12 motions and response deadline. The Court sets a new briefing schedule as follows:

- Defendants shall file a new Rule 12 motion no later than March 13, 2023. It

shall be no more than forty (40) pages in length.

- Plaintiff shall respond by no later than April 3, 2023. It shall be no more than forty (40) pages in length.

- Defendants shall reply by no later than April 17, 2023. It shall be no more than twenty-five (25) pages in length.

SO ORDERED this _____ day of _____ 2023.

_____
Honorable Judge David Hittner