| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |

JUSTIN PULLIAM

*versus*

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity

| | |
|---|---|
| Lawyer's Name | Joshua House |
| Firm | Institute for Justice |
| Street | 901 N. Glebe Rd., Suite 900 |
| City & Zip Code | Arlington, Virginia 22203 |
| Telephone & Email | (703) 682-9320; jhouse@ij.org |
| Licensed: State & Number | CA Bar No. 284856 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Plaintiff, Justin Pulliam |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 3/7/2023   Signed: *[signature]*

The state bar reports that the applicant's status is:

Dated:   Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge