United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

| JUSTIN PULLIAM |
|---|

| *versus* |
|---|
| COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua House<br>Institute for Justice<br>901 N. Glebe Rd., Suite 900<br>Arlington, Virginia 22203<br>(703) 682-9320; jhouse@ij.org<br>CA Bar No. 284856 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Justin Pulliam |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/7/2023 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 03/08/2023   Clerk's signature [signature] |

**Order**

Dated: 3/9/23

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge