| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

JUSTIN PULLIAM

*versus*

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christen Mason Hebert<br>Institute for Justice<br>816 Congress Ave., Suite 960<br>Austin, Texas 78701<br>(512) 480-5936; chebert@ij.org<br>TX Bar No. 24099898 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Justin Pulliam |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/10/2023 | Signed: | /s/ Christen Mason Hebert |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                United States District Judge