United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY AND MOTION CUT-OFF DEADLINES

This matter comes before the Court on Plaintiff's Unopposed Motion to Extend Discovery and Motion Cut-Off Deadlines (Dkt. 43).

The motion is GRANTED. It is THEREFORE ORDERED that the Discovery cut-off is reset to **August 31, 2023,** and the motions cut-off is reset to **September 30, 2023**.

SO ORDERED this **16** day of **May** 2023.

_____
Honorable Judge David Hittner