# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE VICTORIA CLARK AS ATTORNEY-IN-CHARGE

In accordance with Local Rule 83.2, Victoria Clark respectfully requests that this Court allow her to withdraw as Attorney-in-Charge for Plaintiff Justin Pulliam. She further requests that this Court substitute Christen Mason Hebert as Attorney-in-Charge for Plaintiff Justin Pulliam. Victoria Clark will be leaving the Institute for Justice and will no longer represent Plaintiff. Christen Mason Hebert became admitted to this Court on June 23, 2023, Federal ID No. 3844981, and can withdraw her *pro hac vice* status.

Plaintiff Justin Pulliam approves the withdrawal and substitution, which are not being done to delay this case. Ms. Hebert agrees to the substitution as Attorney-in-Charge. Counsel for Plaintiff has conferred with counsel for Defendants, Kevin Hedges, who does not oppose this motion.

Based on the foregoing, Ms. Clark respectfully requests this Court to grant her motion to withdraw and substitute Ms. Hebert as Attorney-in-Charge for Plaintiff Justin Pulliam.

Dated: June 26, 2023                                Respectfully submitted,

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
Texas Bar No. 24109731
Federal ID No. 3749010
Christen Mason Hebert, of counsel
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: tclark@ij.org
           jrowes@ij.org
           chebert@ij.org

Joshua House*, of counsel
California Bar No. 284856
**INSTITUTE FOR JUSTICE**
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320

2

Fax: (703) 682-9321
Email: jhouse@ij.org

*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Victoria Clark
Victoria Clark, Attorney-in-Charge
*Attorney for Plaintiff*
