United States District Court
Southern District of Texas
**ENTERED**
June 27, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE VICTORIA CLARK AS ATTORNEY-IN-CHARGE

This matter comes before the Court on Plaintiff's Unopposed Motion to Withdraw and Substitute Victoria Clark as Attorney-in-Charge (Dkt. 46). The motion is GRANTED.

It is THEREFORE ORDERED that Victoria Clark is withdrawn as Attorney-in-Charge and is withdrawn completely from above-styled case.

It is FURTHER ORDERED that Christen Mason Hebert is henceforth designated as Attorney-in-Charge for Plaintiff Justin Pulliam.

SO ORDERED this __27__ day of __June__ 2023.

_____
Honorable Judge David Hittner