# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JUSTIN PULLIAM,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **COUNTY OF FORT BEND,** § | **CIVIL ACTION NO.: 4:22-cv-04210** |
| **TEXAS;** § | |
| **SHERIFF ERIC FAGAN,** in his § | |
| individual capacity; **OFFICER** § | |
| **ROBERT HARTFIELD,** in his § | |
| individual capacity; **OFFICER** § | |
| **JONATHAN GARCIA,** in his § | |
| individual capacity; **OFFICER** § | |
| **TAYLOR ROLLINS,** in his § | |
| individual capacity; and **OFFICER** § | |
| **RICKY RODRIGUEZ,** in his § | |
| individual capacity, § | |
| | |
| *Defendants.* | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE AN ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants County of Fort Bend, Texas, Sheriff Eric Fagan, Officer Robert Hartfield, Officer Jonathan Garcia, Officer Taylor Rollins, and Officer Ricky Rodriguez, ("Defendants") file this Unopposed Motion for Extension of Time to file their Answer in Response to Plaintiff's First Amended Complaint. Defendants' attorney in charge has had recent health problems that have been disclosed to

1

Plaintiffs' Counsel. Assuming that the medications currently prescribed allow for the procedure to go forward, those health complaints should be resolved by a procedure scheduled for next Tuesday, July 25, 2023. Therefore, Defendants request an extension for their Answer to be filed to Plaintiffs' First Amended Complaint until next Friday, July 28, 2023.

Plaintiff filed its First Amended Complaint for Declaratory, Injunctive, and Retrospective Relief on February 13, 2023. *See* ECF 33. On March 10, 2023 Defendants' filed their Motion to Dismiss for Failure to State a Claim on Which Relief Can be Granted Pursuant to Rule 12(B)(6), F.R.C.P. *See* ECF 39. The Court ruled on Defendants' motion to dismiss on June 30, 2023, (see ECF 48), making Defendants' answer to the remaining claims due today, July 20, 2023.

Defendants respectfully request that the Court grant an eight day extension of time to file their Answer to Plaintiff's First Amended Complaint. Counsel for Defendants has conferred with Plaintiff's counsel regarding the relief requested in this Motion, and Plaintiff does not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendants' motion for extension of time for their Answer, up to and including July 28, 2023.

Dated: July 20, 2023   Respectfully Submitted,

*/s/ Kevin Hedges*
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
SBN: 09370100
Federal ID No. 9939
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 Facsimile
Kevin.Hedges@fbctx.gov
Attorney-In-Charge for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023 that the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Kevin Hedges*
Kevin Hedges