United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JUSTIN PULLIAM,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **COUNTY OF FORT BEND,** § | **CIVIL ACTION NO.: 4:22-cv-04210** |
| **TEXAS;** § | |
| **SHERIFF ERIC FAGAN,** in his § | |
| individual capacity; **OFFICER** § | |
| **ROBERT HARTFIELD,** in his § | |
| individual capacity; **OFFICER** § | |
| **JONATHAN GARCIA,** in his § | |
| individual capacity; **OFFICER** § | |
| **TAYLOR ROLLINS,** in his § | |
| individual capacity; and **OFFICER** § | |
| **RICKY RODRIGUEZ,** in his § | |
| individual capacity, | |
| | |
| *Defendants.* | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

This matter comes before the Court on Defendants' Unopposed Motion for Extension of Time to file an Answer.

The motion is GRANTED. It is THEREFORE ORDERED that Defendants' Answer to Plaintiff's First Amended Complaint is due Friday, July 28, 2023.

SO ORDERED this __21__ day of __July__ 2023.

Honorable Judge David Hittner