# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S NOTICE OF UNAVAILABILITY

Please take notice that Jeffrey Rowes, attorney for Plaintiff Justin Pulliam, will be unavailable from January 8 through January 19, 2024 due to a trial set before Chief Judge Kimberly Mueller of the United States District Court for the Eastern District of California. For that matter, Chief Judge Mueller has entered the final pretrial order.

Mr. Rowes therefore respectfully requests that the Court not set any arguments, hearings, or trial in this case that would require his appearance during January 8 through January 19, 2024.

Dated: August 15, 2023

Respectfully submitted,

/s/ Jeffrey Rowes
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: jrowes@ij.org
          chebert@ij.org

Joshua House*, of counsel
California Bar No. 284856
**INSTITUTE FOR JUSTICE**
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jhouse@ij.org

*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Jeffrey Rowes
Jeffrey Rowes*, of counsel
*Attorney for Plaintiff*
*Admitted *pro hac vice*
