# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW JOSHUA HOUSE AS ATTORNEY FOR PLAINTIFF

In accordance with Local Rule 83.2, Joshua House respectfully requests that this Court allow him to withdraw as Attorney for Plaintiff Justin Pulliam. Joshua House will be leaving the Institute for Justice and will no longer represent Plaintiff. Christen Mason Hebert will remain as Attorney-in-Charge and Jeffrey Rowes will remain of counsel for the Plaintiff.

Plaintiff Justin Pulliam approves the withdrawal, which is not being done to delay this case. Counsel for Plaintiff has conferred with counsel for Defendants, Kevin Hedges, who does not oppose this motion.

Based on the foregoing, Mr. House respectfully requests this Court to grant his motion to withdraw as Attorney for Plaintiff Justin Pulliam.

Dated: September 7, 2023

        Respectfully submitted,

/s/ Joshua House
Joshua House*, of counsel
California Bar No. 284856
**INSTITUTE FOR JUSTICE**
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jhouse@ij.org

Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: chebert@ij.org
       jrowes@ij.org

*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Joshua House
Joshua House*, of counsel

*Attorney for Plaintiff*
*Admitted *pro hac vice*