# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS THE CLAIMS AGAINST DEFENDANTS JONATHAN GARCIA AND RICKY RODRIGUEZ WITH PREJUDICE

Plaintiff Justin Pulliam respectfully requests this Court to dismiss the claims against Defendants Officer Jonathan Garcia and Officer Ricky Rodriguez with prejudice. Plaintiff's counsel conferred with Defendants' counsel, and he does not oppose this motion.

If the Court grants this motion, then the remaining Defendants will be County of Fort Bend, Texas; Sheriff Eric Fagan, in his individual capacity; Officer Robert

Hartfield, in his individual capacity; and Officer Taylor Rollins, in his individual capacity.

Dated: September 14, 2023     Respectfully submitted,

<u>/s/ Christen Mason Hebert</u>
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Institute for Justice
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: chebert@ij.org
       jrowes@ij.org

*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

As required by Local Rule 7.1(D)(1), I certify to the Court that Plaintiff's counsel conferred with opposing counsel about the merits of this motion on September 13, 2023, and opposing counsel has indicated that he does not oppose this motion.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*