UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>    *Defendants*. | Civil Action No. 4:22-cv-4210 |

## UNOPPOSED MOTION FOR EXTENSION AND LEAVE TO FILE EXCESS PAGES

Plaintiff Justin Pulliam respectfully asks the Court to extend the motions deadline by one week and grant leave to exceed the page limit for motions and responses by five (5) pages. Counsel for Defendants does not oppose this motion.

The parties completed discovery on August 31, 2023 and received the final deposition transcript earlier this week. To provide briefing to best aid the court in evaluating any forthcoming motions, Plaintiff requests that the motions cut-off deadline be extended one week to October 6, 2023.

1

The parties also seek to file opening and response briefs that are approximately 25 pages. Such length is warranted given that this case asks the Court to apply complex First Amendment law to two different sets of facts.

For these reasons, Plaintiff respectfully requests that this Court grant a one-week extension for the motions deadline and grant leave to exceed the page limit by five (5) pages for briefs in support of motions and responses to such motions.

Dated: September 22, 2023             Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 960
Austin, TX 78701
(512) 480-5936
(512) 480-5937 (fax)
chebert@ij.org
jrowes@ij.org

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

As required by Local Rule 7.1(D)(1), I certify to the Court that Plaintiff's counsel conferred with opposing counsel about the merits of this motion on September 21, 2023, and opposing counsel has indicated that he agrees with this motion.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*