# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION AND LEAVE TO FILE EXCESS PAGES

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension and Leave to File Excess Pages.

The motion is GRANTED. It is THEREFORE ORDERED that the motions cut-off is reset to **October 6, 2023**, and the parties are GRANTED leave to file briefs in support motions and responses thereto of twenty-five (25) pages in length.

1

2

SO ORDERED this \_\_\_\_\_ day of _____ 2023.

_____
Honorable Judge David Hittner