Case 4:22-cv-04210   Document 58   Filed on 09/26/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff,*<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants.* | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION AND LEAVE TO FILE EXCESS PAGES

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension and Leave to File Excess Pages.

The motion is GRANTED. It is THEREFORE ORDERED that the motions cut-off is reset to **October 6, 2023**, and the parties are GRANTED leave to file briefs in support motions and responses thereto of twenty-five (25) pages in length.

1

SO ORDERED this **26** day of **Sept** 2023.

_____
Honorable Judge David Hittner