United States District Court
Southern District of Texas
**ENTERED**
October 05, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| *versus* | § | Civil Action 4:22–cv–04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on October 5, 2023, at Houston, Texas.

_____
David Hittner
United States District Judge