**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| *versus* | § | Civil Action 4:22−cv−04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge George C Hanks Jr.

Entered:  October 6, 2023                                          Nathan Ochsner, Clerk