# Plaintiff's Motion for Partial Summary Judgment

*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# EXHIBIT 5

## justinpulliam@gmail.com

| | |
|---|---|
| **From:** | FBCSOPIO <FBCSOPIO@fortbendcountytx.gov> |
| **Sent:** | Tuesday, January 12, 2021 1:08 PM |
| **To:** | Justin Pulliam |
| **Subject:** | Re: Press Release/Advisory/Blotter Distribution Lists |

Mr. Pulliam,
According to FBCSO PIO policy, only accredited media outlets can be added to the list you're requesting to be added to. Press conferences are not open to the public and require an invitation from our office.
However, we do offer press releases, advisories and other information to the community through several different outlets including:

Facebook
Twitter
Nextdoor
LinkedIn

For specific public information requests, you can email FBCSOPIO@fortbendcountytx.gov

---

**From:** Justin Pulliam <justinpulliam@gmail.com>
**Sent:** Tuesday, January 12, 2021 10:57 AM
**To:** FBCSOPIO <FBCSOPIO@fortbendcountytx.gov>; Reyes, Jessica <Jessica.Reyes@fortbendcountytx.gov>
**Subject:** Press Release/Advisory/Blotter Distribution Lists

Dear Ms. Reyes:

Please add the following contact information to the sheriff's office media lists:

Justin Pulliam
JustinPulliam@gmail.com
979-246-4545

I appreciate your assistance.

Sincerely,

Justin Pulliam

| CAUTION: | This email originated from **outside** of the organization. '**justinpulliam@gmail.com**' **Do not click** links, open attachments, or respond unless you recognize the sender and know the content is safe. Please forward suspicious emails to the **IT Service Desk.** |
|---|---|