# PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# EXHIBIT 12

**Gabe Cardenas**
December 21, 2021 at 4:41 PM ·

Ahahahahahaha

BUSTEDNEWSPAPER.COM
**Pulliam,justin Reid Mugshot | 2021-12-21 12:01:00 Fort Bend County, Texas Arrest**
Mugshot for Pulliam,justin Reid booked in Fort Bend County, Texas. Arrested on 2021-12-21 1...

36 — 27 Comments 2 Shares

Like Comment Share

**Shelly Ball Ayres**
LMMFAO 'bout time!!
Like · Reply · 1w — 1

**Ricky James**
Hopefully they seized his camera for evidence purposes
Like · Reply · 1w — 2

**Wayne Stark**
What's the story?
Like · Reply · 1w — 1

> **Gabe Cardenas**
> **Wayne** interfering on a scene
> Like · Reply · 1w — 2
>
> **Wayne Stark**
> **Gabe Cardenas** I would pay money to see that video!
> Like · Reply · 1w — 1
>
> Write a reply...

**Mike Morin**
I wanna know story👀
Like · Reply · 1w — 1

> **Gabe Cardenas**
> **Mike** he's a prick who likes to show up on random officers scenes and try's to entice them to act out.
> Like · Reply · 1w — 2
>
> **Mike Morin**
> Lmaooo what a loser
> Like · Reply · 1w — 1
>
> **John Garcia**
> **Mike Morin** he's a YouTuber lol look him up
> Like · Reply · 1w · Edited
>
> **Erick Becker**
> **Gabe Cardenas** he loves me
> Like · Reply · 1w
>
> Write a reply...

**Shelly Ball Ayres**
He looks like a creeper who's been to Epstein Island a few times
Like · Reply · 1w — 4

**Bruce Denney**
An early Christmas present for law enforcement!
Like · Reply · 1w

**Kelli Willeby**
Tommy was telling me about this when he got home! Idiot!
Like · Reply · 1w

**Daniel Schleppy**
Funniest thing I heard on the radio in 2021 😆😆😆😆

Like · Reply · 1w · Edited ❤️ 1

**Adam Futch**
**Daniel Schleppy** what was on the radio!? And who hooked em?
Like · Reply · 1w

**Daniel Schleppy**
**Adam Futch**

Like · Reply · 1w

Write a reply...

**Josh Manriquez**
Better y'all than us. Just had a group of new guys show up at our PD. Fort Bend is gonna be the new Leon Valley
Like · Reply · 1w

**Ricky James**
**Josh Manriquez** yep. Just saw the videos online. They will be here for a while now. Not to mention News Now Houston Earl David Worden is a registered sex offender if he shows up in your area. Be mindful where sex offenders can't be

Like · Reply · 1w

**Ricky James**
https://publicsite.dps.texas.gov/SexOf.../Search/Rapsheet...

PUBLICSITE.DPS.TEXAS.GOV
Texas Public Sex Offender Registry

Like · Reply · 1w 👍 1

Write a reply...

**Rodney Z. Rodz**
40 year old virgin apprehended! 😆 4
Like · Reply · 1w

**Marrc Andceezo**

Like · Reply · 1w

**Marrc Andceezo**
Ole JP gonna subpoena your fb account since you have his name on it!!!! 👍😆 2
Like · Reply · 1w





