# PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# EXHIBIT 16

Police Event #P213550380                                   Page 1 of 4



## Detailed History for Police Event #P213550380 As of 1/03/2022 09:01:32

**Output for: SCP001**

**Priority:3 Type:ASLT - ASSAULT**
**Location:22134 FM 762, DAM btwn ANNALIZA RD and FM 1462**
**Map:723M**

| Created:  | 12/21/2021 09:24:19 | CT11 | KZN001 |
|---|---|---|---|
| Entered:  | 12/21/2021 09:28:08 | CT11 | KZN001 |
| Dispatch: | 12/21/2021 09:30:16 | DW07 | MMG001 |
| Enroute:  | 12/21/2021 09:30:16 | DW07 | MMG001 |
| Onscene:  | 12/21/2021 09:32:42 | S321 | MWL001 |
| Control:  | 12/21/2021 09:49:02 | DW07 | MMG001 |
| Transprt: | 12/21/2021 11:07:11 | DW07 | MMG001 |
| Complete: | 12/21/2021 11:39:35 | DW07 | MMG001 |
| Closed:   | 12/21/2021 14:38:47 | DW07 | MMG001 |

**ICUnit: PrimeUnit:24P10 Dispo:ARPF Type:ASLT - ASSAULT**
**Agency:SO DAreas:PAT2 District:9 Beat:723M**
**Case #:SO210050632, SO210050633 ☐ Detail**

| Time | Action | Details |
|---|---|---|
| 09:24:19cst | CREATE | Location:22134 FM 762, DAM Type:CHECK Name:APRIL WITH TXANA Phone:(346) 762-0268 DAreas:PAT2 Area:723M TypeDesc:CHECK ON WELFARE LocDesc:btwn ANNALIZA RD and FM 1462 Priority:3 Response:STANDARD Agency:SO Map:723M LocType:S GeoLong:-95.641407 GeoLat:29.367261 |
| 09:28:08 | ENTRY | Comment:CURRENLTY THE SON IS PSYCIC MADE HOMOCIDE THREATS THIS MORING/LOCKED HER OUTSIDE BECAUSE HE DIDN'T WANT KILL HER OR HURT HER/THE MOTHER SLEPT IN THE CAR/SON HAS NOT BEEIN TAKING HIS MEDSLAST CONTACT W/SON WAS MADE THURSDAY/HE WALKS AROUND W/MACHTE |
| 09:28:08 | SUBJ | S#:1 Race:W Sex:M Age:57 DOB:09/21/1964 Name:KRAFT,EDWIN Misc:SON |
| 09:28:08 | SUBJ | S#:2 Race:W Sex:F Age:77 DOB:04/28/1944 Name:KRAFT,FRANCES |
| 09:28:08 | -NPREMS | Comment:(none) |
| 09:28:14 | SELECT | |
| 09:28:26 | NOMORE | |
| 09:30:16 | DISPER | 22P14 Operator:RMR002 OperNames:RODRIGUEZ,RICKY M |
| 09:30:16 | DISPER | 24P10 Operator:MWL001 OperNames:LACY,MATTHEW W |
| 09:30:16 | -PRIU | 22P14 |
| 09:30:24 | BACKER | 2M7 UnitID:22P14 Location:22134 FM 762, DAM Operator:MXG001 RXJ004 OperNames:GUAJARDO,MICHELLE; JENKINS,ROSALYNN |
| 09:30:44 | BACKER | 22S7 UnitID:22P14 Location:22134 FM 762, DAM Operator:TXR003 OperNames:ROLLINS,TAYLOR |
| 09:32:42 | *ONSCN | 24P10 |
| 09:36:15 | LOGM | 24P10 Message:992112211536005067 MessageType:Text Received:12/21/2021 09:35:53 Comment:MKE/WANTEDPERSONCMC/00 - ARMED ANDDANGEROUSCMC/ 05 - VIOLENT TENDENCIESADO/NEXL/1 - FULL EXTRADITIONORI/ TX0790000 NAM/KRAFT,EDWIN SEX/M RAC/W ETN/NDOB/19640921 HGT/507 WGT/180 EYE/HAZ HAI/GRYFBI/957336RC7SKN/LGTMNU/PI- 26684807SOC/456390540OLN/ 10176804 OLS/TXOLY/2028OFF/ INTIMIDATION (INCLUDESSTALKING)DOW 20211213 OCA/1AW121321JCBSID/TX07984903NOA/ NMIS/FULL EXRE / STALKING/F3 / B0ND 25,000 W/C0ND / 434TH DC JDG BECERRA / PI TXMIS/ID CARDDNA/NORI IS FORT BEND COUNTY SHERIFF'S OFFICE RICHMOND 281 341-4665NIC/W235392746 DTE/20211213 1856 EST DLU/20211214 1143 ESTMRI: |

| Time | Status | Details |
|---|---|---|
| | | 36339886 IN: NCIC 112013 AT 21DEC2021 09:35:43 OUT: RSX1 1446 AT 21DEC2021 09:35:43 |
| 09:37:22 | MISC | 24P10 Comment:CB RP TO SEE IF FRANCES CAN COME OUT TO TAKE TO ME |
| 09:39:33 | MISC | Comment:PER TEXANA - MOTHER NUMBER IS 713 724 5358 |
| 09:41:42 | MISC | Comment:MOTHER IS STEPPING OUT |
| 09:49:02 | OK | 24P10 Comment:STANDING BY FOR ANOTHER UNIT - HAVE P14 STOP IT UP |
| 09:49:42 | MISC | 24P10 Comment:SUBJ AT BACK OF RESIDENCE WITH BASEBALL BAT |
| 09:50:16 | MISC | 24P10 Comment:PARTIES SEPARATED - MOM OUTSIDE WITH ME - SUBJ INSIDE THE RESIDENCE |
| 09:55:23 | MISC | 24P10 Comment:KEEPING AN EYE ON THE DOOR FROM A DISTANCE - UNITL SUPV MAKE LOC |
| 09:55:29 | ONSCN | 22P14 Comment:OUT |
| 09:55:42 | MISC | 24P10 Comment:W/M BLK OVER BLU |
| 10:00:16 | OK | 22P14 24P10 |
| 10:00:42 | MISC | 22P14 Comment:JUSTIN PULLEM - JOURNALIST ONSCENE |
| 10:01:41 | ONSCN | 22S7 Comment:OUT |
| 10:03:05 | *ONSCN | 2M7 |
| 10:16:40 | OK | 22P14 2M7 22S7 24P10 |
| 10:31:14 | *BACKER | 22S6 UnitID:22S7 Location:22134 FM 762, DAM Operator:JXG009 OperNames:GOODRICH, JEREMY L |
| 10:32:06 | *BACKER | 32C10 UnitID:24P10 Location:22134 FM 762, DAM Operator:JNC001 OperNames:CASTILLO, JOHN N |
| 10:39:05 | BACKER | K91 UnitID:22S6 Location:22134 FM 762, DAM Operator:TLM001 OperNames:MANGUM,TULLY LELAND |
| 10:39:56 | MISC | 2M7 Comment:MOM SAID HE LEFT THE HOUSE - 23308 FM 1462 - DOWN THERE SCREAMING |
| 10:42:25 | MISC | 24P10 Comment:SUBJ ON FOOT - HEADED OUT - POSS HAVE A WEAPON - SET UP PERIMETER |
| 10:42:31 | MISC | 24P10 Comment:MAY BE A LONG GUN . |
| 10:42:59 | *BACKER | 53P7 UnitID:22P14 Location:22134 FM 762, DAM Operator:SRM003 NXM001 OperNames:MORENO,STEPHANIE R; MENDOZA,NICHOLAS |
| 10:43:11 | MISC | 24P10 Comment:LOOKS LIKE HE HAVE A LONG RIFLE - WATCH BACK |
| 10:43:26 | MISC | 24P10 Comment:WALKING ALONG FENCELINE |
| 10:43:39 | MISC | Comment:HT 1041 |
| 10:44:09 | MISC | Comment:WALKING TOWARDS 762 OPEN FIELD |
| 10:44:24 | MISC | 2M7 Comment:HAVE EYES ON HIM |
| 10:45:17 | MISC | Comment:WALKING BACK TOWARDS 1462 - OPEN FIELD |
| 10:46:33 | MISC | 22P14 Comment:CALL MOTHER AND ADVD HER TO LEAVE LOC WITH SCREENERS |
| 10:46:36 | MISC | Comment:SUBJ LAYING OUT IN PASTURE |
| 10:48:00 | MISC | Comment:HALFWAY BETWEEN HERE AND TAILER |
| 10:49:07 | MISC | Comment:CT ADVD MOTHER TO LEAVE LOC |
| 10:49:22 | *BACKER | 5D33 UnitID:2M7 Location:22134 FM 762, DAM Operator:PLD001 OperNames:DOUGLAS,PATRICK L |
| 10:49:40 | MISC | Comment:OUTSIDE - SUBJ WALKING STRAIGHT TO BACKDOOR |
| 10:49:50 | MISC | Comment:DONT LET HIM GET INSIDE TRAILER |
| 10:50:32 | *ONSCN | 22S6 |
| 10:52:49 | MISC | Comment:STANDBY ON RAVEN UNIT |
| 10:53:09 | MISC | 22S7 Comment:1X DETAINED AT 1053 |
| 10:53:16 | *AID | 53P7 |
| 10:53:16 | *CLEAR | 53P7 |
| 10:53:19 | MISC | Comment:RT 1053 |
| 10:53:35 | *AID | K91 |
| 10:53:35 | *CLEAR | K91 |
| 10:55:31 | BACKOS | 5D11 UnitID:22S6 Location:22134 FM 762, DAM Operator:MJL003 |

| Time | Type | Details |
|---|---|---|
| | | OperNames:CABRERA,MEGAN J Comment:STAGING FOR NEGOT - BRAXZOS ENTRY PARK AT 1048 |
| 10:55:40 | CLEAR | 5D11 Comment:CLR AT 1054 |
| 10:58:10 | *BACKER | 2M1 UnitID:2M7 Location:22134 FM 762, DAM Operator:SCC001 OperNames:CRAIG,SONIA C |
| 11:01:02 | MISC | Comment:PER LT ELLIS//2M1 IS ENRT TO GET SCREENER |
| 11:02:56 | *AID | 5D33 |
| 11:02:56 | *CLEAR | 5D33 |
| 11:05:51 | *AID | 32C10 |
| 11:05:51 | *CLEAR | 32C10 |
| 11:06:31 | MISC | 22P14 Comment:PULLIAM,JUSTIN |
| 11:07:11 | TRANSP | 2M7 Location:JAIL, RIC Mileage:70520 Comment:1106 - DEPUTY FOLLOWING |
| 11:07:51 | LOGM | 22P14 Message:992112211707005653 MessageType:Text Received:12/21/2021 11:07:33 Comment:WARNING - THE FOLLOWING IS A TCIC LICENSE TO CARRY A HANDGUN. THEEXISTENCE OF THIS RECORD IS AN INDICATOR THAT THE SUBJECT HAS BEEN LICENSEDTO CARRY A HANDGUN UNDER TEXAS LAW, AND NO ACTION IS REQUIRED.PLEASE REVIEW THE RECORD FOR THE CURRENT STATUS OF THIS LICENSE. ***MKE/LICENSE TO CARRY HANDGUNORI/TXDPS0000 NAM/PULLIAM,JUSTIN REID SEX/M RAC/WDOB/19891121 HGT/508 WGT/230 EYE/BLUHAI/REDOLN/23240591 OLS/TXSTS/LICENSED-ACTIVE EXP/20251121ACT/SEMI-AUTOMATICGLN/06756803HOM/ ADD - 8919 JAPONICA DR ROSENBERG, TX77469TIC/TL212426521 7 DTE/20160505 0442 DLU/20201118 0431ORI IS DPS COMMUNICATIONS HEADQUARTERS AUSTIN 512 424-7391**THIS MESSAGE IS FROM THE TCIC 2000 SYSTEM.**MRI: 36537070 IN: TCIC 115973 AT 21DEC2021 11:07:23OUT: RSX1 1765 AT 21DEC2021 11:07:23 |
| 11:08:04 | LOGM | 22P14 Message:992112211708005654 MessageType:Text Received:12/21/2021 11:07:54 Comment:SEARCH ON PULLIAM,JUSTIN,19891121 NAME: PULLIAM, JUSTIN, REID DESCRIPTION: WHITE\MALE\11211989\5-08\230\RED\BLUE SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP:PHYSICAL ADD: 8919 JAPONICA DRCI/CO/ST/ZIP: ROSENBERG,FORT BEND,TEXAS,77469, UNITED STATES MAILING ADD: 8919 JAPONICA DR CI/ST/ZIP: ROSENBERG,TEXAS,77469, UNITED STATES REC STATUS: ELIGIBLEADMIN STATUS: CARD STATUS:HME THR ASMT: EXP: CARD TYPE: DL #: 23240591 CLASS: C TYPE: DL EXPIR DATE: 11212025RESTRICTIONS:ENDORSEMENTS:CRASH DT: 03112012 CRASH LOC: CRASH#: 0012611415SEVERITY: POSSIBLE INJURY ACCIDENT CMV: N HAZMAT: N EMERGENCY CONTACT INFORMATION FIRST NAME: JOHN LAST NAME: PULLIAM PHONE: 903-815-4171 EXT ALT PHONE: EXT FIRST NAME: KELSEY LAST NAME: MAGLIOLO PHONE: 903-253-1258 EXT ALT PHONE: EXT**** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THEFEDERAL DRIVER PRIVACY ACT OF 1994 (18 USC 2721, ET SEQ.) AS AMENDED AND THEMOTOR VEHICLE RECORDS DISCLOSURE ACT, TEXAS TRANSPORTATION CODE 730 **************** END OF RECORD*********MRI: 36537194 IN: NDLS 64739 AT 21DEC2021 11:07:24OUT: RSX1 1766 AT 21DEC2021 11:07:24 |
| 11:09:09 | CHANGE | 22P14 Type:CHECK-->ASLT TypeDesc:CHECK ON WELFARE-->ASSAULT |
| 11:09:09 | CASE | 22P14 Case#:SO210050632 Comment:AGG ASLT ON PEACE OFFICER |
| 11:09:44 | CASE | 22P14 Case#:SO210050633 Comment:INTERF SUBJ PULLIAM |
| 11:10:09 | TRANSP | 22P14 Location:JAIL, RIC Comment:ENRT AT 1110 |
| 11:12:03 | MISC | 22P14 Comment:SUBJ EDWIN IN CUST AT 1109 |
| 11:14:23 | *AID | 22S7 |
| 11:14:23 | *CLEAR | 22S7 |
| 11:17:09 | CHGLOC | 24P10 Location:JAIL, RIC |
| 11:17:22 | *ONSCN | 2M1 |
| 11:20:03 | *MISC | 24P10 Comment:agg assault PO at 23308 1462 Damon |
| 11:28:43 | MISC | 2M7 Comment:CONSUMER KICKING DOWN DOOR AT 1128 |
| 11:39:35 | CMPLT | 22P14 Comment:OUT |
| 11:39:47 | CMPLT | 2M7 Mileage:70542 |
| 11:40:45 | CLOS | 22S6 Location:JAIL, RIC Comment:OUT |



| Time | Code | Details |
|------|------|---------|
| 11:41:05 | OK | 22P14 2M7 22S6 |
| 11:41:40 | CLOS | 2M1 Location:JAIL, RIC |
| 11:41:43 | OK | 2M1 |
| 11:48:27 | ONSCN | 24P10 Comment:OUT |
| 11:48:29 | OK | 24P10 |
| 12:15:40 | *AID | 22S6 |
| 12:15:40 | *CLEAR | 22S6 |
| 12:25:38 | BACKOS | 53P7 UnitID:22P14 Location:JAIL, RIC Operator:SRM003 NXM001 OperNames:MORENO,STEPHANIE R; MENDOZA,NICHOLAS |
| 13:21:25 | MISC | 53P7 Plate:BX72850 Comment:LP |
| 13:21:33 | MISC | 53P7 Plate:PDR8425 Comment:LP |
| 13:21:49 | LOGM | 53P7 Message:992112211921006623 MessageType:Text Received:12/21/2021 13:21:42 Comment:36784637REGX.TXMVDW000.RSX1.TXTLIC BX72850 JUL/2022 OLD # BX72850 JUL/2021 EWT 5100 GWT 6100 TRUCK PLT, STKR REG CLASS 03 $ 79.50 FRANCES KRAFT,ID#= N/A,,22934 FM FORT BEND CNTYTITLE 02030544268250129 762,,NEEDVILLE TX,77461 DT 07/29/20212012,FORD,F15,PK,1FTFW1CF2CFA56568 TRK<=1,COLOR: WHI,COMM IMPED: N PRICE $ 29PREV OWN RON CARTER FORD,INC.,ALVIN, TXOWNER 762,,NEEDVILLE TX,77461LIEN PROSPERITY BANK,,2807 S TEXASAVE,,BRYAN, TX,77802PLATE AGE: 9 LAST ACTIVITY 08/07/2021 RENEW OFC: 079REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2012/07/13.PAPER TITLE.MRI: 36784637 IN: MVDWS 78135 AT 21DEC2021 13:21:22OUT: RSX1 2281 AT 21DEC2021 13:21:22 |
| 13:22:00 | LOGM | 53P7 Message:992112211922006624 MessageType:Text Received:12/21/2021 13:21:54 Comment:36784862REGX.TXMVDW000.RSX1.TXTLIC PDR8425 FEB/2023 OLD # -NONE- N/A EWT 3300 GWT3300PASSENGER- TRUCK PLT, STKR REG CLASS 02 $ 145.00 FORT BEND CNTYTITLE 02030544268250119 ISSUED 03/23/2021 ODOMETER 4170 REG DT03/15/20212020,FORD,ESC,LL,1FMCU0H69LUB93784, PASS-TRK,COLOR: SIL,COMM IMPED: N PRICE $PREV OWN GULF COAST FORDLTD,ANGLETON, TXOWNER FRANCES MARIEKRAFT,ID#= N/A,, 22934 FM 762,,NEEDVILLE, TX,77461LIEN 03/05/2021,TEXAS DOWEMPLOYEES, CREDIT UNION,1001 FM 2004,,LAKE JACK SON,TX,77566PLATE AGE: 0 LAST ACTIVITY 03/22/2021 RLSAUT OFC: 297REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2021/03/05.E-TITLE.MRI: 36784862 IN: MVDWS 78158 AT 21DEC2021 13:21:29OUT: RSX1 2284 AT 21DEC2021 13:21:29 |
| 13:22:15 | OK | 22P14 2M1 2M7 24P10 53P7 |
| 13:28:23 | *AID | 53P7 |
| 13:28:23 | *CLEAR | 53P7 |
| 13:33:24 | CLEAR | 22P14 Dispo:ARM |
| 13:33:42 | AIQ | 2M1 2M7 Comment:SUPPL |
| 13:33:42 | CLEAR | 2M1 2M7 |
| 14:00:18 | MISC | Comment:1L01RMSN TX0790000CLEAR NAM/KRAFT,EDWIN OCA/1AW121321JCBMRI: 36861352 IN: NCIC 197336 AT 21DEC2021 13:59:52OUT: RMSN 10 AT 21DEC2021 13:59:53 |
| 14:00:29 | MISC | Comment:NN01RMSN .TX0790000CLEAR NAM/KRAFT,EDWIN OCA/1AW121321JCB TIC/TW2573646191**THIS MESSAGE IS FROM THE TCIC 2000 SYSTEM.** MRI: 36861347 IN: TCIC 158173 AT 21DEC2021 13:59:52OUT: RMSN 9 AT 21DEC2021 13:59:52 |
| 14:38:47 | CLEAR | 24P10 Dispo:ARPF Comment:3X FEL - 1X MISD |
| 14:38:47 | -PRIU | 24P10 |
| 14:38:47 | -CLEAR | |
| 14:38:47 | CLOSE | |

**CONTACT INFO:**

| Name | Phone | RPaddr | Contact? | Weapons | Drugs | Alcohol |
|------|-------|--------|----------|---------|-------|---------|
| APRIL WITH TXANA | (346) 762-0268 | | | | | |