# PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# EXHIBIT 20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **JUSTIN PULLIAM,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| **COUNTY OF FORT BEND,** § | **CIVIL ACTION NO.: 4:22-cv-04210** |
| **TEXAS; SHERIFF ERIC FAGAN,** § | |
| in his individual capacity; § | |
| **OFFICER ROBERT** § | |
| **HARTFIELD, in his individual** § | |
| capacity; **OFFICER JONATHAN** § | |
| **GARCIA, in his individual** § | |
| capacity; **OFFICER TAYLOR** § | |
| **ROLLINS, in his individual** § | |
| capacity; and **OFFICER RICKY** § | |
| **RODRIGUEZ, in his individual** § | |
| capacity, § | |
| § | |
| *Defendants.* § | |

## DEFENDANT, OFFICER ROBERT HARTFIELD'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

TO: Justin Pulliam, by and through his attorney of record, Christen Mason Hebert, Institute for Justice, 816 Congress Ave., Suite 960, Austin, Texas 78701

Defendants provide the following responses and objections to Justin Pulliam as authorized by Federal Rule of Civil Procedure 36.

1

Dated: July 28, 2023                                Respectfully Submitted,

*/s/ Kevin Hedges*
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
SBN: 09370100
Federal ID No. 9939
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 Facsimile
Kevin.Hedges@fbctx.gov
Attorney-In-Charge for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023 that the foregoing document was served on all counsel of record via email or CM/ECF.

*/s/ Kevin Hedges*
Kevin Hedges

2

# DEFENDANT, OFFICER ROBERT HARTFIELD'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

**Request for Admission No. 1**

Admit that before July 12, 2021, You knew that Plaintiff Justin Pulliam recorded the law-enforcement activities of FBCSO officers and made those videos publicly available.

**Response:** Admit.

**Request for Admission No. 2**

Admit that on July 12, 2021, You did not ask any person, either in or outside of Jones Creek Ranch Park, for documentation to prove his or her identity as a member of the media.

**Response:** Admitted. Members of the media displayed their credentials.

**Request for Admission No. 3**

Admit that on July 12, 2021—as seen beginning at 15:39 on July 12, 2021 Video Footage—two news crews were present in a parking lot outside of Jones Creek Ranch Park.

**Response:** Admit.

**Request for Admission No. 4**

Admit that on July 12, 2021—as seen beginning at 15:50 on July 12, 2021 Video Footage—Sheriff Fagan instructed You that "if he don't do it, arrest him 'cause he is not part of the local media, so he have to go back" with "he" and "him" referring to Plaintiff Justin Pulliam.

**Response:** Admit that the Sheriff said words to that effect.

3

**Request for Admission No. 5**

Admit that on July 12, 2021—as seen beginning at 16:26 on July 12, 2021 Video Footage—You instructed Plaintiff Justin Pulliam to "step back this way with us please" because he is "not media."

**Response:** Admit.

**Request for Admission No. 6**

Admit that on July 12, 2021—as seen beginning at 16:26 on July 12, 2021 Video Footage—You did not identify any reason for moving Plaintiff Justin Pulliam "back" from the designated media area other than Sheriff Fagan's request that Plaintiff Pulliam move back because Plaintiff Pulliam is "not media."

**Response:** Admit

**Request for Admission No. 7**

Admit that on July 12, 2021—as seen beginning at 16:33 on July 12, 2021 Video Footage—You personally escorted Plaintiff Justin Pulliam to a location away from where Sheriff Fagan was speaking to two news crews so that Plaintiff Pulliam could not participate in the news conference.

**Response:** Admit that I escorted Plaintiff a short distance away. I deny that the reason was so that Plaintiff could not participate in the news conference.

**Request for Admission No. 8**

Admit that on July 12, 2021—as seen beginning at 16:33 on July 12, 2021 Video Footage—You acted on a direct order from Sheriff Fagan when You escorted Plaintiff Justin Pulliam to a location away from where Sheriff Fagan was speaking to two news crews so that Plaintiff Pulliam could not participate in the news conference.

**Response:** Admit that I acted on the order of the Sheriff to escort Plaintiff a short distance away. I deny that the reason was so that Plaintiff could not participate in the news conference.

**Request for Admission No. 9**

Admit that on July 12, 2021—as seen beginning at 16:33 on July 12, 2021 Video Footage—then-Precinct 3 Constable Officer Jonathan Garcia assisted You in escorting Plaintiff Justin Pulliam to a location away from where Sheriff Fagan was speaking to two news crews so that Plaintiff Pulliam could not participate in the news conference.

**Response:** Admit that Dep. Garcia also walked with Plaintiff as I escorted Plaintiff a short distance away.  I deny that the reason Dep. Garcia walked with Plaintiff was so that Plaintiff could not participate in the news conference.

**Request for Admission No. 10**

Admit that on July 12, 2021—as seen beginning at 17:00 on July 12, 2021 Video Footage—You instructed Plaintiff Justin Pulliam to "stick right here," meaning stay at the location away from where Sheriff Fagan was speaking to two news crews so that Plaintiff Pulliam could not participate in the news conference.

**Response:** Admit that I told Plaintiff that it would be greatly appreciated if he would just "stick right here," a short distance away from the Sheriff.  I deny that the reason was so that Plaintiff could not participate in the news conference.

**Request for Admission No. 11**

Admit that on July 12, 2021—as seen beginning at 17:00 on July 12, 2021 Video Footage—You told Plaintiff Justin Pulliam "You're more than happy to film from right here" after escorting Plaintiff Justin Pulliam to a location away from where Sheriff Fagan was speaking to two news crews.

**Response:** Admit that I said those words, among others, after indicating a location a short distance away from Sheriff Fagan.

**Request for Admission No. 12**

Admit that on July 12, 2021, You knew that Plaintiff Justin Pulliam could not hear Sheriff Fagan's conversation with two news crews from the location to which You had escorted him and had instructed him to "stick right here."

5

**Response:** Denied

**Request for Admission No. 13**

Admit that on July 12, 2021—as seen beginning at 17:10 on July 12, 2021 Video Footage—You walked away from Plaintiff Justin Pulliam to stand behind the two news crews with whom Sheriff Fagan was speaking to prevent Plaintiff Pulliam from participating in the news conference.

**Response:** Admit that I walked away from Plaintiff to stand closer to the Sheriff. I deny that the reason was to prevent Plaintiff from participating in the news conference.

**Request for Admission No. 14**

Admit that on July 12, 2021, Plaintiff Justin Pulliam did not participate in any question-and-answer session that FBCSO held outside of Jones Creek Ranch Park as a direct result of You escorting Plaintiff Pulliam away from the designated media area.

**Response:** Denied.