IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § § *Plaintiff,* § § v. § § COUNTY OF FORT BEND, TEXAS; § SHERIFF ERIC FAGAN, in his § individual capacity; OFFICER § ROBERT HARTFIELD, in his § individual capacity; OFFICER § JONATHAN GARCIA, in his § individual capacity; OFFICER § TAYLOR ROLLINS, in his individual § capacity; and OFFICER RICKY § RODRIGUEZ, in his individual § capacity, § § *Defendants.* | CIVIL ACTION NO.: 4:22-cv-04210 |

## INDEX OF EXHIBITS

1. Pulliam Deposition Excerpts

2. Travis James Deposition Excerpts

3. Declaration of Kevin Hedges