# DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pulliam v. County of Fort Bend, Texas, et al.*

Case No. 4:22-cv-4210

# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3    JUSTIN PULLIAM,
 4        Plaintiff,
 5    v.                        Civil Action No. 4:22-cv-4210
 6    COUNTY OF FORT BEND, TEXAS;
      SHERIFF ERIC FAGAN, in his
 7    Individual capacity; OFFICER ROBERT
      HARTFIELD, in his individual capacity;
 8    OFFICER JONATHAN GARCIA, in his
      Individual capacity; OFFICER TAYLOR
 9    ROLLINS, in his individual capacity;
      And OFFICER RICKY RODRIGUEZ, in
10    His individual capacity,
11        Defendants.
12
13                     ORAL DEPOSITION
14                           OF
15                  DETECTIVE TRAVIS JAMES
16
                Taken via remote videoconference
17
18
19    August 30, 2023                            9:05 a.m.
20
21
22
23
24
25
```

```
 1    APPEARANCES:
 2    FOR PLAINTIFFS (all via Zoom):
 3                          INSTITUTE FOR JUSTICE
                            816 Congress Ave., Suite 960
 4                          Austin, TX  78701
                            By: Christen Mason Hebert
 5                              CHebert@IJ.org
                                Jeff Rowes
 6                              JRowes@IJ.org
 7    FOR DEFENDANTS:
 8                          Kevin Hedges
                            Assistant County Attorney
 9                          Litigation Division
                            401 Jackson Street
10                          3rd Floor
                            Richmond, TX  77469
11                          Kevin.Hedges@FBCtx.gov
12
13    ALSO PRESENT:         Molly Hanis
14    REPORTED BY:          Sarah B. Townsley, CSR, CRR, RPR
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   PROCEEDINGS:
 2                    DETECTIVE TRAVIS JAMES,
 3   having been first duly sworn by the court reporter,
 4   testified on oath as follows:
 5             COURT REPORTER:  We're on the record at
 6   9:05 a.m.
 7                    [Witness was sworn.]
 8   EXAMINATION BY MR. ROWES:
 9       Q.   Good morning, Detective James.  Would you please
10   state your name and rank with the Fort Bend County
11   Sheriff's Office?
12       A.   My name is Travis James, and I'm a detective
13   with the Fort Bend County Sheriff's Office.
14       Q.   My name is Jeff Rowes.  We met a moment ago, and
15   I'm an attorney with the Institute for Justice.  I
16   represent plaintiff, Justin Pulliam, and, as you might
17   know, he has this lawsuit asserting his First and Fourth
18   Amendment rights concerning an incident at Jones Creek
19   Ranch Park in July 2021, and then the arrest at the
20   Kraft Country Store in December 2021.  The latter is the
21   one you were involved in.  I'm sure you remember.
22       A.   Yes.
23       Q.   Before we get going, I just want to go through a
24   few deposition logistics, especially because this is
25   Zoom.  I'm sure, as a law enforcement officer, you've
```

```
 1    Q.   You can stop it, Molly.  So after -- so after
 2   Sergeant Rollins orders Justin to go across the street,
 3   he says, "Well, hold on.  If it's not for safety", and
 4   so Justin is the first person who brings up safety in
 5   this discussion, correct?
 6    A.   Correct.
 7    Q.   And after Sergeant Rollins says "across the
 8   street", Justin asks, "everyone, or just me", correct?
 9    A.   Correct.
10    Q.   Do you think that, at this point, is Justin
11   committing the crime of interference with public
12   duties?
13    A.   Yes.
14    Q.   And why is it that he's going so now?
15    A.   So, as Sergeant Rollins is kind of getting the
16   rundown -- I call it the rundown -- the update about
17   what is going on with TXANA, he's having to divert his
18   attention to Mr. Pulliam to tell him, hey, continue
19   across the street, and then some back-and-forth
20   happens, which is delaying and interfering with
21   Sergeant Rollins getting that update, maybe moving the
22   TXANA individuals out of where they are so that he can
23   speak with them on-scene, so that he can start getting
24   that situation under control.  He's having to divert
25   his attention from that to Mr. Pulliam.
```

```
 1      Q.   So I -- I kind of get that.  The one -- the one
 2  follow-up I kind of want to ask is, maybe, if Sergeant
 3  Rollins didn't pull the trigger a little bit too early
 4  in arresting him, because, from Justin's point of view,
 5  the TXANA employees had made an appeal to Sergeant
 6  Rollins, Sergeant Rollins just changed his mind about
 7  them, and then Justin is asking, well, does everyone
 8  have to go across the street for safety?  I mean, why
 9  isn't, at this point, Justin is just trying to clarify
10  and kind of plead his case to see if he can stay, too?
11  In other words, why didn't it become interference then,
12  and not just Justin is asking Sergeant Rollins of
13  Sergeant Rollins is willing to change his mind?
14      A.   So you're asking why does it become interference
15  then?
16      Q.   Yeah, I mean, looking at it -- let's say we look
17  at it from Justin's perspective, and he sees the TXANA
18  people have been ordered to go across the street, then
19  they talk to Sergeant Rollins, and he changes his mind,
20  and so then Justin asks Sergeant Rollins, wait a
21  minute, do I have to go?  Is it everybody, or is it
22  just me?  Looking at it from Justin's perspective, why
23  isn't this just him trying to clarify the situation the
24  same way the TXANA people clarified the situation, and,
25  since Sergeant Rollins just changed his mind, maybe
```

1  Justin thinks Sergeant Rollins will change his mind
2  again with respect to him, Justin.
3      A.  Okay.  So your question is -- I'm just trying to
4  understand --
5      Q.  Yeah, I guess what I mean to say is that, like,
6  the TXANA women talked to Sergeant Rollins, Sergeant
7  Rollins changed his mind, and so Justin sees that, and
8  he thinks well, I want to talk to Sergeant Rollins a
9  little bit more to see if he'll change his mind about
10 me, so I'm trying to figure out, if it wasn't
11 interference for the TXANA personnel to get Sergeant
12 Rollins to change his mind, why did it become
13 interference for Justin to talk to Sergeant Rollins to
14 see if he'd change his mind?
15     A.  Based off of my experience, I believe it became
16 interference with Justin due to the fact that Justin
17 was not directly involved in the case, meaning he
18 wasn't the reportee like the TXANA workers were, or he
19 wasn't Mr. Kraft's mother, Frances, who has direct
20 knowledge of Mr. Kraft.  The TXANA workers have direct
21 knowledge of Mr. Kraft, and they are the reportees.
22 They're the ones calling us out there.  That's my
23 understanding.
24     Q.  But do you think that -- so I think that's
25 arguable and could be justifiable.  I guess what I'm

```
 1   thinking is, since Justin may not have understood or
 2   known that, why couldn't Sergeant Rollins have just
 3   explained, "Well, there's a reason they get to stay.
 4   They're involved, here, but you're just documenting it,
 5   so you need to go across the street and we're going to
 6   take steps ensure the safety of the TXANA people",
 7   something like that?
 8        A.   In laymen's terms, when you have a subject who's
 9   barricaded in a residence, who is going through
10   homicidal, suicidal ideations, those are very dangerous
11   situations, and the more time you spend out in the
12   open, the more time you're at risk.  Does that make
13   sense?
14        Q.   It does.  I understand what you mean.  Did the
15   TXANA employees, when you spoke to them, talk about
16   where Sergeant Rollins relocated them, or when they got
17   relocated to a safe area?
18        A.   I believe they were relocated shortly after
19   Mr. Pulliam was arrested, and they were relocated
20   behind a Tahoe that was out of view of the residence of
21   Mr. Kraft.
22        Q.   So since the search warrant affidavits don't
23   mention the TXANA employees, is that because you just
24   hadn't spoken to them yet, or is there a reason why
25   they weren't included in the search warrant affidavits?
```