# DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pulliam v. County of Fort Bend, Texas, et al.*

Case No. 4:22-cv-4210

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| COUNTY OF FORT BEND, TEXAS; § | CIVIL ACTION NO.: 4:22-cv-04210 |
| SHERIFF ERIC FAGAN, in his § | |
| individual capacity; OFFICER § | |
| ROBERT HARTFIELD, in his § | |
| individual capacity; OFFICER § | |
| JONATHAN GARCIA, in his § | |
| individual capacity; OFFICER § | |
| TAYLOR ROLLINS, in his individual § | |
| capacity; and OFFICER RICKY § | |
| RODRIGUEZ, in his individual § | |
| capacity, § | |
| § | |
| *Defendants.* | |

## DECLARATION OF KEVIN HEDGES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Kevin Hedges, declare and state as follows:

1. I am a citizen of the United States and a resident of Fort Bend County, Texas. I am over eighteen years of age and competent to make this declaration. I knowingly and voluntarily submit this declaration in support of Defendants' Response to Plaintiff's Motion for Partial Summary Judgment based on my personal knowledge of these facts, and I would competently testify to them under oath.

1

2. I am an attorney with the Fort Bend County Attorney's Office, which represents Defendants in this action.

3. Exhibit 1 to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment is a true and correct copy of the deposition excerpts of Justin Pulliam.

4. Exhibit 2 to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment is a true and correct copy of the deposition excerpts of Detective Travis James.

I declare under penalty of perjury that the foregoing is true and correct and of my own knowledge.

SIGNED and DATED this 27th day of October, 2023.

_____
Kevin Hedges