# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S STATUS UPDATE

On November 30, 2023, the Court granted Plaintiff's Unopposed Motion to Stay Deadlines in Anticipation of a Motion to Reset Trial Date and ordered Plaintiff's counsel to file a status update concerning availability for trial by December 11, 2023 (Dkt. No. 66). Plaintiff's counsel hereby files this status update in compliance with that order.

1. Plaintiff's counsel continues to work on two cases before the United States Supreme Court that will be argued in early 2024, but only one of those cases received an oral argument setting:

    a. The Supreme Court set the case that Christen Mason Hebert is working on, *Devillier et al. v. Texas*, No. 22-913, for oral argument on January 16,

       2024. Briefing will be completed on January 5, 2024, to accommodate the oral argument date.

    b. The case that Jeffery Rowes is working on, *Gonzalez v. Trevino, et al.*, No. 22-1025, has not yet received an oral argument date. Oral argument will be set for the end of February, the end of March, or the end of April. Briefing is expected to be completed on February 23, 2024.

2. Christen Mason Hebert will be unavailable for trial during the month of March 2024 as her husband is set for a month-long trial in the United States District Court for the Northern District of California, and she will be the primary caregiver then to their two young children.

3. Plaintiff's counsel believes a June 2024 trial date will avoid availability conflicts.

4. Plaintiff's counsel has conferred with Plaintiff, and he is available for trial in June 2024.

5. Plaintiff's counsel has conferred with Defendants' counsel about a June 2024 trial date. Defendants and Defendant's counsel have indicated that they are currently available for a trial in June 2024.

6. Plaintiff will prepare a motion to reset the trial date and corresponding deadlines. Plaintiff is in the process of conferring with opposing counsel about the deadlines and will file the motion to reset the trial date by the end of this week (December 15, 2023).

Dated: December 11, 2023          Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Institute for Justice
816 Congress Ave., Suite 960
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: chebert@ij.org
       jrowes@ij.org

*Attorneys for Plaintiff*
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*