# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RESET TRIAL DATE AND AMENDED DOCKET CONTROL ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Reset Trial Date and Amended Docket Control Order (Dkt. No. 68).

The motion is GRANTED. It is THEREFORE ORDERED that this case will be controlled by the following deadlines. Except for the docket call and the trial date, the parties may amend deadlines by agreement without Court intervention.

### AMENDED DEADLINES

| | |
|---|---|
| April 11, 2024 | **ALL OTHER PRETIAL MOTIONS** |
| May 23, 2024 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE**<br>Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure |

| | |
|---|---|
| | requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| May 31, 2024 | **DOCKET CALL (at 3:30 P.M.)**<br>Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| June 2024 | **BENCH TRIAL**<br>Case is subject to being called to trial on short notice during this month.<br>Estimated Trial Time: 3 days |

SO ORDERED this  19th  day of      December       2023.

*George C. Hanks Jr.*
Honorable Judge George C. Hanks, Jr.