**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JUSTIN PULLIAM,

*Plaintiff*,

v.

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,

*Defendants*.

Civil Action No. 4:22-cv-4210

**JOINT MOTION TO STAY TRIAL DEADLINES**

The parties jointly move that the Court stay the trial deadlines in this case and convert the May 31, 2024 docket call into a status hearing. The Court set this case for a three-day bench trial in June 2024 with docket call set for May 31, 2024 at 3:30 P.M. (Dkt. No. 69). Pretrial filings are due May 23, 2024. *Id.* Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 61) remains pending.

Defendants' counsel, Kevin Hedges, is experiencing a serious family emergency concerning the health of his son and is currently unable to prepare for trial. The parties therefore jointly move that the Court stay the June 2024 trial date.

The parties also respectfully ask that the Court convert the May 31st docket call to a status hearing. At such a status hearing, the parties would be prepared to discuss potential trial dates and the pending summary judgment motion, which the parties anticipate could eliminate the need for a trial or reduce trial time.

Respectfully submitted,

Dated: April 23, 2024

/s/ Christen Mason Hebert

Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
**INSTITUTE FOR JUSTICE**
816 Congress Ave., Suite 970
Austin, TX 78701
Tel: (512) 480-5936
Fax: (512) 480-5937
Email: chebert@ij.org
jrowes@ij.org

Jared McClain*, of counsel
D.C Bar No. 1720062
**INSTITUTE FOR JUSTICE**
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: jmcclain@ij.org

*Counsel for Plaintiff*
*Admitted *pro hac vice*

Dated: April 23, 2024

/s/ Kevin Hedges

Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
Texas Bar No. 09370100
Federal ID No. 9939
401 Jackson St., 3rd Floor

Richmond, TX 77469
Tel: (281) 341-4555
Fax: (281) 341-4557
Email: Kevin.Hedges@fbctx.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*