United States District Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING JOINT MOTION TO STAY TRIAL DEADLINES

This matter comes before the Court on the parties' joint motion to stay trial deadlines (Dkt. No. 72). The motion is GRANTED. It is THEREFORE ORDERED that the trial deadlines in this case are STAYED.

SO ORDERED this 3rd day of March 2024.

_George C. Hanks Jr._
Honorable Judge George C. Hanks, Jr.