UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| *versus* | § | Case Number: 4:22−cv−04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Docket Call

    Date and Time: May 31, 2024 at 3:30 PM

Date: May 3, 2024

                                                      Nathan Ochsner, Clerk