United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| v. | § | Civil Action 4:22−cv−04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew M. Edison:

Motion for Partial Summary Judgment – #61

Date: May 3, 2024.

Nathan Ochsner, Clerk

By: Kimberly Picota, Deputy Clerk
Case Manager