United States District Court
Southern District of Texas
**ENTERED**
June 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04210 |
| | § | |
| FORT BEND COUNTY, TEXAS, *et al.*, | § | |
|     Defendants. | § | |

# ORDER DESIGNATING MAGISTRATE JUDGE ANDREW M. EDISON

Magistrate Judge Andrew M. Edison is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who consent may access the necessary form at the following link:

https://www.txs.uscourts.gov/sites/txs/files/consentmagp.pdf

SIGNED at Houston, Texas on June 24, 2024.

                                                  GEORGE C. HANKS, JR.
                                                UNITED STATES DISTRICT JUDGE