IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| COUNTY OF FORT BEND, § | CIVIL ACTION NO. 4:22-cv-4210 |
| TEXAS; SHERIFF ERIC FAGAN, § | |
| in his individual capacity; OFFICER § | |
| ROBERT HARTFIELD, in his § | |
| individual capacity; OFFICER § | |
| JONATHAN GARCIA, in his § | |
| individual capacity; OFFICER § | |
| TAYLOR ROLLINS, in his § | |
| individual capacity; and OFFICER § | |
| RICKY RODRIGUEZ, in his § | |
| individual capacity, § | |
| § | |
| *Defendants.* § | |

## ORDER ON DEFENDANTS' OBJECTIONS TO DOC. 77 MAGISTRATE EDISON'S MEMORANDUM AND RECOMMENDATION

Defendants Fort Bend County and Sheriff Eric Fagan's objections to Doc. 77 Magistrate Edison's Memorandum and Recommendation are hereby sustained.

Plaintiff's motion for summary judgment against Defendants is hereby DENIED.

Signed this _____ day of _____, 2024.

_____
Judge Presiding