United States District Court
Southern District of Texas
**ENTERED**
September 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:22-CV-04210 |
| § | |
| FORT BEND COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 3, 2024, Plaintiff's Motion for Partial Summary Judgment (Dkt. 61) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B)–(C). Dkt. 75. Judge Edison filed a Memorandum and Recommendation on September 5, 2024, recommending the motion be **GRANTED IN PART** and **DENIED IN PART**. Dkt. 77.

On September 19, 2024, Defendants Fort Bend County (the "County") and Sheriff Eric Fagan ("Fagan") filed their Objections. Dkt. 79. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 77) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Partial Summary Judgment (Dkt. 61) is **GRANTED** as to Pulliam's free speech and equal protection violation claims against Fagan and Fort Bend County arising from the July 2021 press conference; and

(3) Plaintiff's Motion for Partial Summary Judgment (Dkt. 61) is **DENIED** as to his First Amendment retaliation claims against the County and Sergeant Taylor Rollins; and

(4) Detective Robert Hartfield is entitled to qualified immunity and **DISMISSED** from this lawsuit.

It is so **ORDERED**.

SIGNED at Houston, Texas on September 24, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE