**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JUSTIN PULLIAM | § | |
| | § | |
|    Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:22–cv–04210 |
| | § | |
| FORT BEND COUNTY, TEXAS, et al. | § | |
| | § | |
|    Defendant. | § | |

## **NOTICE OF SETTING**

    A Status Conference has been set in this matter for 10:00 AM on 11/1/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

  Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617956047?pwd=duGoRPIJSPSG7w8cUliVbmlsiQvpwA.1*
Meeting phone number: 1–669–254–5252
Meeting ID: 161 795 6047
Meeting Password: 202211

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 9/25/2024
                                                       Kimberly Picota
                                                       cm4147@txs.uscourts.gov
                                                       Case Manager to
                                                       U.S. District Judge George C. Hanks, Jr.