**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| *versus* | § | Case Number: 4:22−cv−04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

 Canceled setting: Status Conference

 Date and Time: November 1, 2024 at 10:00 a.m.

Date: October 28, 2024

                           Nathan Ochsner, Clerk