## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:22−cv−04210 |
| | § | |
| FORT BEND COUNTY, TEXAS, et al. | § | |
| | § | |
| Defendant. | § | |

## **NOTICE OF RESETTING**

A Status Conference has been set in this matter for 10:00 AM on 12/5/2024. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1605436517?pwd=KEcUkRARIKpja1RDjhK5kD3hwuRwJL.1*
Meeting phone number: 1 669 254 5252
Meeting ID: 160 543 6517
Meeting Password: 208408

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 11/15/2024

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.