## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Justin Pulliam

v.                                                              Case Number: 4:22−cv−04210

Fort Bend County, Texas, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Bench Trial set for 4/14/2025 at 10:00 AM before Judge George C Hanks, Jr.

**PLACE**
Courtroom 9C
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: December 5, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 JeanetteGonzalez, Deputy Clerk
