# HEARING MINUTES

Cause No:       4:22-cv-04210

Style:          *Pulliam v. Fort Bend County, Texas et al*

Hearing Type:   Status Conference

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Christen Mason Hebert<br>Victoria Leigh Easton Clark<br>Joshua House<br>Jared McClain<br>Jeffrey T Rowes | Justin Pulliam |
| Kevin T Hedges | Fort Bend County, Texas<br>Sheriff Eric Fagan<br>Officer Robert Hartfield |

Date: December 5, 2024           Court reporter: ERO
Time: 10:10 AM – 10:15 AM        Law Clerk: E. Robins

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference. (Dkt. 84). Trial is set for **April 14, 2025**.