**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Justin Pulliam

v.  Case Number: 4:22−cv−04210

Fort Bend County, Texas, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Final Pretrial Conference set for 4/3/2025 at 02:00 PM before Judge George C Hanks, Jr, by video.

Date: January 23, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 KimberlyPicota, Deputy Clerk