# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW JARED MCCLAIN AS ATTORNEY FOR PLAINTIFF

In accordance with Local Rule 83.2, Jared McClain respectfully requests that this Court allow him to withdraw as Attorney for Plaintiff Justin Pulliam. Christen Mason Hebert will remain as Attorney-in-Charge and Jeffrey Rowes will remain of counsel for the Plaintiff.

Plaintiff approves the withdrawal, which is not being done to delay this case. Counsel for Plaintiff has conferred with counsel for Defendants, who does not oppose this motion.

Mr. McClain respectfully requests this Court to grant his motion to withdraw as Attorney for Plaintiff.

Dated: March 11, 2025.                    Respectfully submitted,

<u>/s/ Jared McClain</u>
Jared McClain*, of counsel
D.C. Bar No. 1720062
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org

Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Jared McClain
Jared McClain

*Attorney for Plaintiff*
