United States District Court
Southern District of Texas
**ENTERED**
March 12, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW JARED MCCLAIN AS ATTORNEY FOR PLAINTIFF

This matter comes before the Court on Plaintiff's Unopposed Motion to Withdraw Jared McClain as Attorney for Plaintiff Justin Pulliam. The motion is GRANTED.

It is ORDERED that Jared McClain is withdrawn as Attorney for Plaintiff.

SO ORDERED this __12th__ day of __March__ 2025.

_____
Honorable Judge George C. Hanks, Jr.

1