UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

| JUSTIN PULLIAM |
|---|
| *versus* |
| COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity |

| Lawyer's Name | Michael Peña |
|---|---|
| Firm | Institute for Justice |
| Street | 816 Congress Ave., Suite 970 |
| City & Zip Code | Austin, TX 78701 |
| Telephone & Email | (512) 480-5936 mpena@ij.org |
| Licensed: State & Number | TX Bar No. 24131580 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Justin Pulliam, Plaintiff |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/13/2025 | Signed: | /s/ Michael Peña |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                     United States District Judge

## SECTION 5.G. CERTIFICATION

Pursuant to Section 5.G. of the Court Procedures for the Honorable Judge George C. Hanks, I hereby certify that I have familiarized myself with the Local Rules of the Southern District of Texas and the Procedures of this Court.

/s/ Michael Peña
Michael Peña

## CERTIFICATE OF CONFERENCE

I further certify that counsel for Plaintiff has conferred with counsel for Defendants, who does not oppose this motion.

/s/ Michael Peña
Michael Peña