United States District Court
Southern District of Texas

**ENTERED**
March 14, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-4210 |
|---|---|---|---|

| JUSTIN PULLIAM |
|---|

| *versus* |
|---|
| COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Peña<br>Institute for Justice<br>816 Congress Ave., Suite 970<br>Austin, TX 78701<br>(512) 480-5936 mpena@ij.org<br>TX Bar No. 24131580 |
|---|---|

| Name of party applicant seeks to appear for: | Justin Pulliam, Plaintiff |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   3/13/2025 | Signed:                    /s/ Michael Peña |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:  3/14/2025 | Clerk's signature   *Kimberly Picota* |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Dated:   3/14/2025 | *George C. Hanks Jr*<br>United States District Judge |