# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM | § |
| | § |
| | § |
| V. | §     CIVIL ACTION NO.: 4:22-CV-4210 |
| | § |
| | § |
| FORT BEND COUNTY, TX, ET. AL. | § |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

To the Honorable Court:

    Fort Bend County, Texas, Sheriff Eric Fagan, Officer Robert Hartfield, and Officer Taylor Rollins (collectively, "Defendants") notifies the Court of the appearance of additional counsel in this proceeding:

    Additional Counsel:    Rolf F. Krueger
                                        State Bar No. 24080990
                                        Federal ID No. 3041756
                                        Fort Bend County Attorney's Office
                                        401 Jackson Street, 3rd Floor
                                        Richmond, Texas 77469
                                        (832) 471-1171
                                        (281) 341-4557 (fax)
                                        *rolf.krueger@fortbendcountytx.gov*

    Mr. Kevin T. Hedges will remain as lead counsel / attorney-in-charge for Defendants.

Respectfully submitted,

Bridgette Smith-Lawson
Fort Bend County Attorney

By: */s/ Rolf F. Krueger*
    Kevin T. Hedges
    Attorney-in-Charge
    State Bar No. 09370100
    Federal ID No. 9939
    *kevin.hedges@fortbendcountytx.gov*
    Rolf F. Krueger
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcountytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEY FOR DEFENDANTS
FORT BEND COUNTY, TEXAS, SHERIFF
ERIC FAGAN, OFFICER ROBERT
HARTFIELD, AND OFFICER TAYLOR
ROLLINS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the parties and counsel identified on the attached service list by electronic service on this the 20th day of March, 2025.

*/s/ Rolf F. Krueger*
Rolf F. Krueger

## SERVICE LIST

Christen M. Hebert
Jeffrey T. Rowes
Michael Pena
Institute for Justice
816 Congress Avenue, Suite 970
Austin, Texas 78701
*chebert@ij.org*
*jrowes@ij.org*
*mpena@ij.org*