## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM | § § § | |
| V. | § | CIVIL ACTION NO.: 4:22-CV-4210 |
| | § § | |
| FORT BEND COUNTY, TX, ET. AL. | § | |

## ORDER GRANTING
## DEFENDANTS' OPPOSED MOTION FOR CONTINUANCE

Pending before the Court is Fort Bend County, Texas, Sheriff Eric Fagan, Officer Robert Hartfield, and Officer Taylor Rollins (collectively, "Defendants") opposed Motion for a Continuance (the "Motion"). Having considered the Motion, Plaintiff's response to the Motion, Defendants' reply to that response, all other related filings, supporting evidence, and any relevant authorities, the Court is of the opinion that the Motion should be and is hereby GRANTED. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is Granted; and

2. The April 14, 2025 trial setting is re-set until the _____ day of _____, 2025.

It is so ORDERED.

_____     _____
Date                                                                                 The Honorable George C. Hanks Jr.
                                                                                              United States District Judge

**APPROVED AND ENTRY REQUESTED:**

By: */s/ Kevin T. Hedges*\*
    Kevin T. Hedges
    Attorney-in-Charge
    State Bar No. 09370100
    Federal ID No. 9939
    *kevin.hedges@fortbendcountytx.gov*
    Rolf F Krueger
    Attorney-in-Charge
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcontytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANTS
FORT BEND COUNTY, TEXAS, SHERIFF
ERIC FAGAN, OFFICER ROBERT
HARTFIELD, AND OFFICER TAYLOR
ROLLINS

  \*  Signature added by Rolf F. Krueger with permission