# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion for Continuance (Dkt. No. 93) (the "Motion"), filed on March 20, 2025. Having considered the Motion, briefing, and relevant law, the Court **ORDERS** that the Motion is **DENIED**.

**SO ORDERED** this _____ day of March, 2025.

_____
Judge George C. Hanks, Jr., presiding

1