**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JUSTIN PULLIAM § | |
| § | |
| Plaintiff(s), § | |
| VS. § | CIVIL ACTION NO. 4:22−cv−04210 |
| § | |
| FORT BEND COUNTY, TEXAS, et al. § | |
| § | |
| Defendant. § | |

**NOTICE OF SETTING**

    A Motion Hearing has been set in this matter for 01:30 PM on 3/24/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

    Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617511352?pwd=Fa2QkbW4XpJ085J1hPLduZn1VsGCpk.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 751 1352
Meeting Password: 544139

    Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 3/21/2025                            Kimberly Picota
                                                cm4147@txs.uscourts.gov
                                                Case Manager to
                                                U.S. District Judge George C. Hanks, Jr.