# HEARING MINUTES

Cause No:        4:22-cv-4210

Style:           *Pulliam v. Fort Bend County, Texas et al*

Hearing Type:    Motion Hearing

**Appearances:**

| Counsel | Representing |
| --- | --- |
| Christen Mason Hebert<br>Michael Pena<br>Jeffrey T Rowes | Justin Pulliam |
| Kevin T Hedges<br>Rolf Frank Krueger, II | Fort Bend County, Texas, Sheriff Eric Fagan, Officer Robert Hartfield, and Officer Taylor Rollins |

Date:  March 24, 2025                Court reporter: Jared Barrios - ERO
Time:  1:33 PM – 1:42 PM              Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

> The Court held a hearing (Dkt. 95) regarding Defendants' Opposed Motion for Continuance of Trial (Dkt. 93). The motion (Dkt. 93) is **GRANTED IN PART**. Parties are **ORDERED** to file a joint letter stating whether June 3rd, 2025, or June 13th, 2025, is preferable for the new trial date **by Thursday, March 27, 2025**. If neither date is preferable, parties may propose alternative dates in the next 45 days after June 13th, 2025.