

INSTITUTE FOR JUSTICE
TEXAS

March 25, 2024

**Via Email and CM/ECF**
Honorable Judge George C. Hanks, Jr.
c/o Ms. Kimberly Picota, Case Manager
United States Courthouse
515 Rusk St., Room 5300
Houston, TX 77002
Kimberly_Picota@txs.uscourts.gov

    Re:    Joint letter regarding trial availability pursuant to Dkt. No. 96,
             *Pulliam v. Fort Bend County, et al.*, No. 4:22-cv-4210

Honorable Judge George C. Hanks, Jr.:

Following the Court's grant in part of Defendants' Motion for Continuance of Trial (Dkt. No. 96), the parties submit this letter about the preferred date for trial.

First, we thank the Court for its diligence in scheduling this matter and for providing Plaintiff Justin Pulliam and his counsel the opportunity to consult their respective calendars. After careful review, Plaintiff respectfully requests that the Court set trial for June 13, 2025.

Defendants note that Defendant Taylor Rollins will not be available to testify on June 13th, but he will be available starting June 16th. Plaintiff will plan accordingly.

Given the proposed June 13th trial date, the parties kindly request that the Court:

1. Reset the deadline for pretrial filings to May 29, 2025; and

2. Reset the final pretrial conference to June 3, 2025, at 2:00 pm via Zoom.

We appreciate the Court's consideration of these requests and remain committed to efficiently moving this matter forward.

Respectfully,

| | |
|---|---|
| /s/ Rolf F. Krueger | /s/ Christen Mason Hebert |
| Rolf F. Krueger, of counsel | Christen Mason Hebert, Attorney-in-Charge |
| State Bar No. 24080990 | Texas Bar No. 24099898 |
| Federal ID No. 3041756 | Federal ID No. 3844981 |

Kevin T. Hedges, Attorney-in-Charge
State Bar No. 09370100
Federal ID No. 9939

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

Fort Bend County Attorney's Office
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(832) 471-1171
(281) 341-4557 (fax)
rolf.krueger@fortbendcountytx.gov
kevin.hedges@fortbendcountytx.gov

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Attorneys for Defendants*

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

cc:     Counsel of Record