**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Justin Pulliam

v.　　　　　　　　　　　　　　　　　　　　　　　Case Number: 4:22−cv−04210

Fort Bend County, Texas, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Bench Trial set for 6/16/2025 at 01:30 PM before Judge George C Hanks, Jr.

**PLACE**
Courtroom 9C
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: April 1, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 KimberlyPicota, Deputy Clerk
