# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 4:22−cv−04210 |
| | § | |
| FORT BEND COUNTY, TEXAS, et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTING

A Status Conference has been set in this matter for 03:00 PM on 6/3/2025. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1605822138?pwd=qJaba94CnaNCbeglNnagaLb8DwazOb.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 160 582 2138
Meeting Password: 088387

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/21/2025

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.