# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Justin Pulliam

v.  Case Number: 4:22−cv−04210

Fort Bend County, Texas, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/8/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Bench Trial

Date:   May 29, 2025

Nathan Ochsner, Clerk