**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Justin Pulliam | § | |
| | § | |
| *versus* | § | Case Number: 4:22−cv−04210 |
| | § | |
| Fort Bend County, Texas, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Status Conference

    Date and Time: June 3, 2025 at 3:00 p.m.

Date: May 30, 2025

                                                                           Nathan Ochsner, Clerk