# HEARING MINUTES

Cause No:   4:22-cv-4210

Style:   *Pulliam v. Fort Bend County, Texas et al*

Hearing Type:   Final Pretrial Conference

**Appearances:**

| Counsel | Representing |
|---|---|
| Christen Mason Hebert<br>Jeffrey T Rowes | Justin Pulliam |
| Kevin T Hedges<br>Rolf Frank Krueger, II | Fort Bend County, Texas |
| Kevin T Hedges<br>Rolf Frank Krueger, II | Sheriff Eric Fagan, Officer Taylor Rollins, and Officer Robert Hartfield |

Date:  June 11, 2025
Time:  2:26 PM – 2:37 PM

Court reporter: ERO
Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

A Final Pretrial Conference (Dkt. 98) was held. Parties were advised about the Court's preferences regarding the bench trial.

The Court requested that parties make an appointment with the case manager to test their technology in Courtroom 600.