IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM | § § § | |
| V. | § § § § | CIVIL ACTION NO.: 4:22-CV-4210 |
| FORT BEND COUNTY, TEXAS, ET. AL., | § § | |

**DEFENDANTS' STATEMENT OF SERVICE OF
BUSINESS RECORDS AFFIDAVIT**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, the undersigned hereby certifies that on the 18th day of June, 2024, the following materials were served on all parties and counsel of record:

1. Business Records Affidavit related to Defendant's Exhibits 2, 3, 4, 5, 6, 7, 8, 15, 18, 20, 21, 49, and 59; and

2. Defendants' Exhibits 2, 3, 4, 5, 6, 7, 8, 15, 18, 20, 21, 49, and 59

Respectfully submitted,

Bridgette Smith-Lawson
Fort Bend County Attorney

By: */s/ Kevin T. Hedges*
    Kevin T. Hedges
    Attorney-in-Charge
    State Bar No. 09370100
    Federal ID No. 9939
    *kevin.hedges@fortbendcountytx.gov*
    Rolf F. Krueger
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcountytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANTS
FORT BEND COUNTY, TEXAS, SHERIFF
ERIC FAGAN, AND OFFICER TAYLOR
ROLLINS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the parties and counsel identified on the attached service list by electronic service on this the 18th day of June, 2025.

*/s/ Kevin T. Hedges*
Kevin T. Hedges

## SERVICE LIST

Christen M. Hebert
Jeffrey T. Rowes
Michael Pena
Institute for Justice
816 Congress Avenue, Suite 970
Austin, Texas 78701
*chebert@ij.org*
*jrowes@ij.org*
*mpena@ij.org*