# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM | § § § | |
| V. | § § § § § | CIVIL ACTION NO.: 4:22-CV-4210 |
| FORT BEND COUNTY, TEXAS, ET. AL., | § § | |

## ORDER

Be it remembered that on the 8th day of July, 2025, came on for consideration: (i) Defendants Motion to Exclude Undisclosed Damages and Supporting Evidence (the "Motion") and (ii) Objections to Plaintiff's Proposed Trial Exhibits (the "Objections"). Having considered the Motion and Objections, Plaintiff's response to the Motion and Objections (if any), Defendants' reply to that response (if any), the arguments of counsel, all related filings, relevant evidence, and any relevant authorities, the Court makes the following findings:

1. Plaintiff failed to disclose a computation for, and documents or other evidentiary material on which the computations are based, for purported "lost profits" and "criminal case expenses."

2. The computations, and documents or other evidentiary material on which the computations are based, account for over 68% of the total value of Plaintiff's claims — making the information vitally important to this matter.

3. Defendants will suffer prejudice as a result of Plaintiff's failure.

4. The prejudice Defendants will suffer cannot be cured by simply granting a trial continuance.

5. Plaintiff has failed to provide a sufficient explanation for his failure.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff is FORBIDDEN from seeking recovery of any purported (i) "lost profits" and/or (ii) "criminal case expenses" at trial; and

    2.  Any evidence related to purported (i) "lost profits" and/or (ii) "criminal case expenses" is EXCLUDED as evidence.

It is so ORDERED.

_____      _____
Date                                                   The Honorable George C. Hanks Jr.
                                                        United States District Judge

**APPROVED AND ENTRY REQUESTED:**

By: */s/ Kevin T. Hedges*
    Kevin T. Hedges
    Attorney in Charge
    State Bar No. 09370100
    Federal ID No. 9939
    *kevin.hedges@fortbendcountytx.gov*
    Rolf F. Krueger
    State Bar No. 24080990
    Federal ID No. 3041756
    *rolf.krueger@fortbendcountytx.gov*
    Fort Bend County Attorney's Office
    401 Jackson Street, 3rd Floor
    Richmond, Texas 77469
    (281) 341-4555
    (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANTS
FORT BEND COUNTY, TEXAS,
SHERIFF ERIC FAGAN, AND LIEUTENANT
TAYLOR ROLLINS