# JOINT PROPOSED PRETRIAL ORDER
*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# ATTACHMENT D

# Defendants' Exhibit List

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JUSTIN PULLIAM | § |
| | § |
| | § |
| V. | §      CIVIL ACTION NO.: 4:22-CV-4210 |
| | § |
| | § |
| FORT BEND COUNTY, TEXAS, ET. | § |
| AL., | § |

**DEFENDANTS' TRIAL EXHIBIT LIST**

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-1 | Livestream Video of Jul. 12, 2021 Incident | Published on Plaintiff's YouTube Platform on Jul. 12, 2021 | | | |
| DX-2 | *Impeachment Exhibit* FBCSO Current Media Distribution List | N/A | | | |
| DX-3 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Jun. 1, 2017 | FBC 001412- FBC 001414 *Produced on Jul. 26, 2023* | | | |
| DX-4 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Oct. 1, 2021 | FBC 001320- FBC 001322 *Produced on Jun. 30, 2023* | | | |
| DX-5 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Feb. 25, 2025 | N/A | | | |
| DX-6 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Jun. 1, 2017 | FBC 001404- FBC 001408 *Produced on Jul. 26, 2023* | | | |
| DX-7 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Oct. 1, 2021 | FBC 001399- FBC 001403 *Produced on Jul. 26, 2023* | | | |

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-8 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Dec. 29, 2022 | FBC 001394- FBC 001398 *Produced on Jul. 26, 2023* | | | |
| DX-9 | *Impeachment Exhibit* Livestream Video Taken On Oct. 2, 2023 | Published on Plaintiff's YouTube Platform on Oct. 2, 2023 | | | |
| DX-10 | *Impeachment Exhibit* Livestream Video Taken On Nov. 5, 2023 | Published on Plaintiff's YouTube Platform on Nov. 5, 2023 | | | |
| DX-11 | *Impeachment Exhibit* Livestream Video Taken On Oct. 15, 2024 | Published on Plaintiff's YouTube Platform on Oct. 15, 2024 | | | |
| DX-12 | *Impeachment Exhibit* YouTube Video Published On Mar. 4, 2024 | Published on Plaintiff's YouTube Platform on Mar. 4, 2024 | | | |
| DX-13 | *Impeachment Exhibit* YouTube Video Published On Nov. 7, 2024 | Published on Plaintiff's YouTube Platform on Nov. 7, 2024 | | | |
| DX-14 | *Impeachment Exhibit* YouTube Video Published On Dec. 5, 2024 | Published on Plaintiff's YouTube Platform on Dec. 5, 2024 | | | |
| DX-15 | *Impeachment Exhibit* 911 Call Related to Dec. 21, 2021 Arrest | State's Ex. 2 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-16 | Detailed History for Police Event #P213550380 | FBC 001131 - FBC 001134 *Produced on Jun. 30, 2023* | | | |
| DX-17 | FBCSO Offense Report No. 21-50632 | FBC 001113- FBC 001130 *Produced on Jun. 30, 2023* | | | |

2

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-18 | Edwin Kraft Emergency Transport Log | FBC 001135 *Produced on Jun. 30, 2023* | | | |
| DX-19 | Edwin Kraft Indictment for Aggravated Assault of a Public Servant *The State of Texas v. Edwin Kraft* | FBC 001142 *Produced on Jun. 30, 2023* | | | |
| DX-20 | Audio Recording of Edwin Kraft Apprehension on Dec. 21, 2021 | FBC 001198 *Produced on Jun. 30, 2023* | | | |
| DX-21 | Edwin Kraft Mugshot | State's Ex. 1 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-22 | Aerial Photograph of Kraft Gas Station | State's Ex. 5 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-23 | Aerial Photograph of Kraft Gas Station | State's Ex. 6 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-24 | Photograph of Kraft Mobile Home | State's Ex. 7 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-25 | Photograph of Kraft Gas Station and Kraft Mobile Home | State's Ex. 8 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-26 | Photograph of Perimeter Fence at Kraft Gas Station and Mobile Home | State's Ex. 9 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-27 | Photograph of Kraft Mobile Home | Sate's Ex. 11 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-28 | Photograph of Kraft Mobile Home | Sate's Ex. 10 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-29 | Photograph of Kraft Mobile Home | Sate's Ex. 12 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-30 | Photograph of Kraft Gas Station | Sate's Ex. 14 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-31 | Photograph of Business Across from Kraft Gas Station | Sate's Ex. 15 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-32 | Photograph of Business Across from Kraft Gas Station | Sate's Ex. 16 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-33 | Photograph of Kraft Gas Station | Sate's Ex. 17 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-34 | Photograph of Kraft Gas Station | Sate's Ex. 18 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |

4

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|-----|-------------|---------------------------------------|--------------|---------------|---------------|
| DX-35 | Google Maps Image of Kraft Gas Station | Defendant's Ex. 1 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-36 | Aerial Image of Kraft Gas Station | Defendant's Ex. 2 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-37 | Justin Pulliam Dash-Cam Video of Dec. 21, 2021 Arrest | Defendant's Ex. 3/4 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-38 | Justin Pulliam Body-Cam Video of Dec. 21, 2021 Arrest | Defendant's Ex. 3/4 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-39 | Justin Pulliam Handheld-Cam Video of Dec. 21, 2021 Arrest | Defendant's Ex. 3/4 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-40 | FBCSO Offense Report No. 21-50633 | FBC 001336- FBC 001362 *Produced on Jun. 30, 2023* | | | |
| DX-41 | Plaintiff's Original Complaint ECF No. 1 filed on Dec. 5, 2022 | Filed with this Court on Dec. 5, 2022 | | | |
| DX-42 | Plaintiff's First Amended Complaint ECF No. 33 filed on Feb. 13, 2023 | Filed with this Court on Feb. 13, 2023 | | | |
| DX-43 | *Impeachment Exhibit* Excerpt of Justin Pulliam Deposition Testimony on Aug. 11, 2023 | Deposition taken on Aug. 11, 2023 | | | |
| DX-44 | Texas Penal Code Section 38.15 | N/A | | | |

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-45 | Indictment for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | File with the 434th Judicial District Court on May 16, 2022 | | | |
| DX-46 | Charge of Court for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | Filed with the Fort Bend County Court at Law No. 3 on Mar. 30, 2023 | | | |
| DX-47 | Jury Questions for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | Filed with the Fort Bend County Court at Law No. 3 on Mar. 30, 2023 | | | |
| DX-48 | Motion to Dismiss for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | Filed with the Fort Bend County Court at Law No. 3 on May 14, 2024 | | | |
| DX-49 | Department Wide Warning(s) Issued Regarding Edwin Kraft | FBC 001363- FBC 001381 *Produced on Jun. 30, 2023* | | | |
| DX-50 | FBCSO Offense Report No. 20-33646 | FBC 000916- FBC 000919 *Produced on Jun. 30, 2023* | | | |
| DX-51 | Detailed History for Police Event #P202570218 | FBC 000920- FBC 000923 *Produced on Jun. 30, 2023* | | | |
| DX-52 | FBCSO Offense Report No. 21-47345 | FBC 001033- FBC 001055 *Produced on Jun. 30, 2023* | | | |
| DX-53 | Detailed History for Police Event #P213320345 | FBC 001056- FBC 001058 *Produced on Jun. 30, 2023* | | | |
| DX-54 | Detailed History for Police Event #P213340509 | FBC 001068- FBC 001069 *Produced on Jun. 30, 2023* | | | |

| No. | Description | Bates Label(s) / Method of Disclosure | Date Offered | Date Admitted | Date Excluded |
|---|---|---|---|---|---|
| DX-55 | Detailed History for Police Event #P213320655 | FBC 001075- FBC 001076 *Produced on Jun. 30, 2023* | | | |
| DX-56 | Detailed History for Police Event #P213340388 | FBC 001077 *Produced on Jun. 30, 2023* | | | |
| DX-57 | Detailed History for Police Event #P213350572 | FBC 001078- FBC 001079 *Produced on Jun. 30, 2023* | | | |
| DX-58 | Edwin Kraft Indictment for Stalking *The State of Texas v. Edwin Kraft* | FBC 001090- FBC 001091 *Produced on Jun. 30, 2023* | | | |
| DX-59 | Dep. Ricky Rodriguez Dash-Cam Video of Dec. 21, 2021 Arrest | State's Ex. 13 in Criminal Trial *Disclosed by State on Mar. 28, 2023 – Mar. 30, 2023* | | | |
| DX-60 | *Impeachment Exhibit* YouTube Video Published On Feb. 10, 2025 | Published on Plaintiff's YouTube Platform on Feb. 10, 2025 | | | |

Respectfully submitted,

Bridgette Smith-Lawson
Fort Bend County Attorney

By: */s/ Kevin T. Hedges*
     Kevin T. Hedges
     Attorney-in-Charge
     State Bar No. 09370100
     Federal ID No. 9939
     *kevin.hedges@fortbendcountytx.gov*
     Rolf F. Krueger
     State Bar No. 24080990
     Federal ID No. 3041756
     *rolf.krueger@fortbendcountytx.gov*
     Fort Bend County Attorney's Office
     401 Jackson Street, 3rd Floor
     Richmond, Texas 77469
     (281) 341-4555
     (281) 341-4557 (Fax)

ATTORNEYS FOR DEFENDANTS
FORT BEND COUNTY, TEXAS, SHERIFF
ERIC FAGAN, AND LIEUTENANT TAYLOR
ROLLINS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the parties and counsel identified on the attached service list by electronic service on this the 1st day of July, 2025.

                                   */s/ Kevin T. Hedges*
                                   Kevin T. Hedges

## SERVICE LIST

Christen M. Hebert
Jeffrey T. Rowes
Michael Pena
Institute for Justice
816 Congress Avenue, Suite 970
Austin, Texas 78701
*chebert@ij.org*
*jrowes@ij.org*
*mpena@ij.org*

8