**JOINT PROPOSED PRETRIAL ORDER**
*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# ATTACHMENT E

# Pulliam's Witness List

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Required Pretrial and Trial Material Procedures, Plaintiff Justin Pulliam provides the following Witness List:

| Name | Address | Subject Matter and Substance of Testimony |
|---|---|---|
| Justin Pulliam | c/o Christen Mason Hebert<br>**INSTITUTE FOR JUSTICE**<br>816 Congress Ave.<br>Suite 970<br>Austin, TX 78701 | Personal background as an independent citizen journalist; typical encounters with law enforcement, including Fort Bend County Sheriff's officers; the July 12, 2021 press conference; December 21, 2021 exclusion from scene and arrest; indictment and trial |

| | | |
|---|---|---|
| | | following December 21, 2021 arrest; Fort Bend County's other arrests for interference with public duties; damages |
| Sheriff Eric Fagan | c/o Kevin Hedges<br>Assistant Fort Bend County Attorney<br>401 Jackson St., 3rd Floor<br>Richmond, TX 77469 | Personal background and election to Sheriff; Fort Bend County Sheriff's Office policies; personal interactions with Pulliam and Fort Bend County Sheriff's Office's customs and policies concerning Pulliam; events at and near Jones Creek Ranch Park on July 12, 2021; Pulliam's exclusion from scene and arrest on December 21, 2021; visit to Pulliam in Fort Bend County Jail; Fort Bend County Sheriff's Office actions following Pulliam's arrest |
| Lieutenant Taylor Rollins | c/o Kevin Hedges<br>Assistant Fort Bend County Attorney<br>401 Jackson St., 3rd Floor<br>Richmond, TX 77469 | Personal background; Pulliam's exclusion from scene and arrest on December 21, 2021 |
| Officer Ricky Rodriguez | c/o Kevin Hedges<br>Assistant Fort Bend County Attorney<br>401 Jackson St., 3rd Floor<br>Richmond, TX 77469 | Personal background; Pulliam's exclusion from scene and arrest on December 21, 2021 |
| Detective Travis James | c/o Kevin Hedges<br>Assistant Fort Bend County Attorney<br>401 Jackson St., 3rd Floor<br>Richmond, TX 77469 | Personal background; Pulliam's December 21, 2021 arrest and the subsequent investigation |

The summaries of the anticipated testimony for each witness are intended to provide a high-level description of expected testimony. Plaintiff reserves the right to examine witnesses on other topics or subsidiary topics as needed to prove his claims or respond to defenses.

**Plaintiff also reserves the right to call, live or by deposition, any witness called by Defendants or identified in Defendants' witness list.**

Dated: July 1, 2025

Respectfully submitted,

<u>/s/ Christen Mason Hebert</u>
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Michael Peña*, of counsel
Texas Bar No. 24131580
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Counsel for Plaintiff*
