**JOINT PROPOSED PRETRIAL ORDER**
*Pulliam v. County of Fort Bend, Texas, et al.*
Case No. 4:22-cv-4210

# ATTACHMENT G

# Joint Trial Worksheet

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>*Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>*Defendants*. | Civil Action No. 4:22-cv-4210 |

## JOINT TRIAL WORKSHEET

**OPENING**

Minutes Requested by Plaintiff: 30
Minutes Requested by Defendants: 30

**EVIDENCE**

| | |
|---|---|
| **Witness Name:** | Justin Pulliam (Plaintiff) |
| **Subject Matter:** | Personal background as an independent citizen journalist; typical encounters with law enforcement, including Fort Bend County Sheriff's officers; the July 12, 2021 press conference; December 21, 2021 exclusion from scene and arrest; indictment and trial following December 21, 2021 arrest; Fort Bend County's other arrests for interference with public duties; damages |
| **Time for Direct:** 4 hours | **Time for Cross:** 3 hours |

1

| **Witness Name:** | Deputy Ricky Rodriguez |
|---|---|
| **Subject Matter:** | Personal background; Pulliam's exclusion from scene and arrest on December 21, 2021.  Edwin Kraft's history. |

| **Time for Direct:** | 30–45 minutes | **Time for Cross:** | 1 hour |
|---|---|---|---|

| **Witness Name:** | Lieutenant Taylor Rollins (Defendant) |
|---|---|
| **Subject Matter:** | Personal background; Pulliam's exclusion from scene and arrest on December 21, 2021.   Edwin Kraft's history. |

| **Time for Direct:** | 60–90 minutes | **Time for Cross:** | 2 hours |
|---|---|---|---|

| **Witness Name:** | Sheriff Eric Fagan (Defendant) |
|---|---|
| **Subject Matter:** | Personal background and election to Sheriff; Fort Bend County Sheriff's Office policies; personal interactions with Pulliam and Fort Bend County Sheriff's Office's customs and policies concerning Pulliam;  events at and near Jones Creek Ranch Park on July 12, 2021; Pulliam's exclusion from scene and arrest on December 21, 2021; visit to Pulliam in Fort Bend County Jail; Fort Bend County Sheriff's Office actions following Pulliam's arrest |

| **Time for Direct:** | 1–2 hours | **Time for Cross:** | 2 hours |
|---|---|---|---|

| **Witness Name:** | Detective Travis James |
|---|---|
| **Subject Matter:** | Personal background; Pulliam's December 21, 2021 arrest and the subsequent investigation |

| **Time for Direct:** | 20–30 minutes | **Time for Cross:** | 1 hour |
|---|---|---|---|

## **CLOSING**

Minutes Requested by Plaintiff: 30 minutes
Minutes Requested by Defendant: 30 minutes

Additional informational information that may impact the amount of time needed for trial of this case:

- **Plaintiff:** Much of the testimony will involve video recordings and therefore time for each witness includes the time to watch video excerpts. Plaintiffs have scheduled a technology orientation for the courtroom and, barring any glitches with the new system, do not anticipate any technology problems presenting video.
- **Defendants:** Technology issues may impact time needed for trial.

**Total Number of Hours and Minutes Estimated for Trial:**

by Plaintiff: 9.75 hours          by Defendant: 8.5 hours

Dated: July 1, 2025          Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Michael Peña*, of counsel
Texas Bar No. 24131580
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Attorneys for Plaintiff*

*Admitted *pro hac vice*

Dated: July 1, 2025          /s/ Kevin Hedges
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
Texas Bar No. 09370100
Federal ID No. 9939
Rolf F. Krueger, Assistant County Attorney
Texas Bar No. 24080990

3

401 Jackson St., 3rd Floor
Richmond, TX 77469
Tel: (281) 341-4555
Fax: (281) 341-4557
Kevin.Hedges@fortbendcountytx.gov
Rolf.krueger@fortbendcountytx.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Counsel for Plaintiff*

4