UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>    *Defendants*. | Civil Action No. 4:22-cv-4210 |

### PLAINTIFF'S OBJECTIONS TO AND REQUESTS FOR AUTHENTICATION OF DEFENDANTS' EXHIBITS

Below Plaintiff objects to and requests authentication of specific exhibits in Defendants' exhibit list. Additionally, if Defendants move to exclude any of Plaintiff's evidence on the ground that Plaintiff's Rule 26 initial disclosures were inadequate, Plaintiff reserves the right to object to Defendants' exhibits that were not identified as within Defendants' possession in Defendants' Rule 26 initial disclosures (Plaintiff will not raise a Rule 26 initial disclosure objection to any exhibit in the first instance). Plaintiff uses the phrase "Preserved Rule 26 Objection" for each undisclosed exhibit in the below table.

1

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-1 | Livestream Video of Jul. 12, 2021 Incident | | |
| DX-2 | *Impeachment Exhibit* FBCSO Current Media Distribution List | Yes | Witness personal knowledge must be established; Preserved Rule 26 Objection |
| DX-3 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Jun. 1, 2017 | | Preserved Rule 26 Objection |
| DX-4 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Oct. 1, 2021 | | Preserved Rule 26 Objection |
| DX-5 | FBCSO General Order #05-04 *Social Media and Related Communications* Effective: Feb. 25, 2025 | | Preserved Rule 26 Objection |
| DX-6 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Jun. 1, 2017 | | Preserved Rule 26 Objection |
| DX-7 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Oct. 1, 2021 | | Preserved Rule 26 Objection |
| DX-8 | FBCSO General Order #08-03 *Public Information and Media Relations* Effective: Dec. 29, 2022 | | Preserved Rule 26 Objection |
| DX-9 | *Impeachment Exhibit* Livestream Video Taken On Oct. 2, 2023 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-10 | *Impeachment Exhibit* Livestream Video Taken On Nov. 5, 2023 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-11 | *Impeachment Exhibit* Livestream Video Taken On Oct. 15, 2024 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-12 | *Impeachment Exhibit* YouTube Video Published On Mar. 4, 2024 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-13 | *Impeachment Exhibit* YouTube Video Published On Nov. 7, 2024 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-14 | *Impeachment Exhibit* YouTube Video Published On Dec. 5, 2024 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-15 | *Impeachment Exhibit* 911 Call Related to Dec. 21, 2021 Arrest | Yes | Witness personal knowledge must be established; Hearsay to the extent used to prove that statements made during call were true; Preserved Rule 26 Objection |
| DX-16 | Detailed History for Police Event #P213550380 | | Preserved Rule 26 Objection |
| DX-17 | FBCSO Offense Report No. 21-50632 | | Preserved Rule 26 Objection |
| DX-18 | Edwin Kraft Emergency Transport Log | | Preserved Rule 26 Objection |
| DX-19 | Edwin Kraft Indictment for Aggravated Assault of a Public Servant *The State of Texas v. Edwin Kraft* | | Preserved Rule 26 Objection |
| DX-20 | Audio Recording of Edwin Kraft Apprehension on Dec. 21, 2021 | | Preserved Rule 26 Objection |

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-21 | Edwin Kraft Mugshot | | Preserved Rule 26 Objection |
| DX-22 | Aerial Photograph of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-23 | Aerial Photograph of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-24 | Photograph of Kraft Mobile Home | | Preserved Rule 26 Objection |
| DX-25 | Photograph of Kraft Gas Station and Kraft Mobile Home | | Preserved Rule 26 Objection |
| DX-26 | Photograph of Perimeter Fence at Kraft Gas Station and Mobile Home | | Preserved Rule 26 Objection |
| DX-27 | Photograph of Kraft Mobile Home | | Preserved Rule 26 Objection |
| DX-28 | Photograph of Kraft Mobile Home | | Preserved Rule 26 Objection |
| DX-29 | Photograph of Kraft Mobile Home | | Preserved Rule 26 Objection |
| DX-30 | Photograph of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-31 | Photograph of Business Across from Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-32 | Photograph of Business Across from Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-33 | Photograph of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-34 | Photograph of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-35 | Google Maps Image of Kraft Gas Station | | Preserved Rule 26 Objection |

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-36 | Aerial Image of Kraft Gas Station | | Preserved Rule 26 Objection |
| DX-37 | Justin Pulliam Dash-Cam Video of Dec. 21, 2021 Arrest | | Preserved Rule 26 Objection |
| DX-38 | Justin Pulliam Body-Cam Video of Dec. 21, 2021 Arrest | | Preserved Rule 26 Objection |
| DX-39 | Justin Pulliam Handheld-Cam Video of Dec. 21, 2021 Arrest | | Preserved Rule 26 Objection |
| DX-40 | FBCSO Offense Report No. 21-50633 | | Preserved Rule 26 Objection |
| DX-41 | Plaintiff's Original Complaint ECF No. 1 filed on Dec. 5, 2022 | | |
| DX-42 | Plaintiff's First Amended Complaint ECF No. 33 filed on Feb. 13, 2023 | | |
| DX-43 | *Impeachment Exhibit* Excerpt of Justin Pulliam Deposition Testimony on Aug. 11, 2023 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |
| DX-44 | Texas Penal Code Section 38.15 | | |
| DX-45 | Indictment for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | | |
| DX-46 | Charge of Court for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | | |
| DX-47 | Jury Questions for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | | |
| DX-48 | Motion to Dismiss for Case No. 22-000112 *The State of Texas v. Justin Pulliam* | | |

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-49 | Department Wide Warning(s) Issued Regarding Edwin Kraft | | Witness personal knowledge must be established; Hearsay; Preserved Rule 26 Objection |
| DX-50 | FBCSO Offense Report No. 20-33646 | | Preserved Rule 26 Objection |
| DX-51 | Detailed History for Police Event #P202570218 | | Hearsay; Preserved Rule 26 Objection |
| DX-52 | FBCSO Offense Report No. 21-47345 | | Hearsay; Preserved Rule 26 Objection |
| DX-53 | Detailed History for Police Event #P213320345 | | Hearsay; Preserved Rule 26 Objection |
| DX-54 | Detailed History for Police Event #P213340509 | | Witness personal knowledge must be established; Hearsay; Preserved Rule 26 Objection |
| DX-55 | Detailed History for Police Event #P213320655 | | Witness personal knowledge must be established; Hearsay; Preserved Rule 26 Objection |
| DX-56 | Detailed History for Police Event #P213340388 | | Witness personal knowledge must be established; Hearsay; Preserved Rule 26 Objection |

| No. | Description | Requiring Authentication? | Objection(s) |
|---|---|---|---|
| DX-57 | Detailed History for Police Event #P213350572 | | Witness personal knowledge must be established; Hearsay; Preserved Rule 26 Objection |
| DX-58 | Edwin Kraft Indictment for Stalking *The State of Texas v. Edwin Kraft* | | Preserved Rule 26 Objection |
| DX-59 | Dep. Ricky Rodriguez Dash-Cam Video of Dec. 21, 2021 Arrest | | |
| DX-60 | *Impeachment Exhibit* YouTube Video Published On Feb. 10, 2025 | | Only admissible if the requirements of Federal Rule of Evidence 613 are first satisfied |

Dated: July 1, 2025.

Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981
Jeffrey Rowes*, of counsel
Texas Bar No. 24104956
Michael Peña*, of counsel
Texas Bar No. 24131580
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

7

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system and served upon all counsel of record.

<u>/s/ Christen Mason Hebert</u>
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*
