# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, *Plaintiff*, v. COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, *Defendants*. | Civil Action No. 4:22-cv-4210 |

**TIMESTAMPS FOR PLAINTIFF'S VIDEO EXHIBITS PRESENTED AT TRIAL**

For the Court's convivence, Plaintiff respectfully submits the following list of timestamps for each video exhibit introduced at trial:

PX 7 Jail Video, December 21, 2021
0:00-1:30 (Pulliam)

PX 15 Video of Press Conference, July 12, 2021
0:32-0:50 (James)
1:10-2:10 (Pulliam)
14:29-15:06 (Pulliam)
15:45-16:00 (Pulliam, Fagan)
16:26-17:34 (Pulliam)

PX 16 Sheriff Fagan's Campaign Video
0:32-end (Fagan)

1

PX 17 Video of October 2, 2023 Interaction with FBCSO
Entire duration (Pulliam)

PX 18 Video of October 15, 2024 Interaction with FBCSO
Entire duration (Pulliam)

PX 19 Video of April 3, 2020 Interaction with HCCO
Entire duration (Pulliam)

PX 51 Video from Pulliam Dashcam, December 21, 2021
0:00-1:01 (Pulliam, Rodriguez, Rollins)
1:10-1:45 (Rollins)
1:10-6:00 (Pulliam)
4:35-5:58 (Rodriguez, Rollins)

PX 52 Video from Handheld Camera with Subtitles, December 21, 2021
0:00-5:21 (Pulliam)
0:35-1:30 (Rodriguez, Rollins)
4:16-5:09 (Rollins, James)

PX 53 Video from Deputy Rodriguez's Dashcam, December 21, 2021
7:54-8:01 (Rodriguez)
8:54-9:38 (Rodriguez)
10:15-10:35 (Rodriguez, Rollins)
16:00-17:37 (Pulliam, Rodriguez, Rollins)
30:08-30:36 (Pulliam)
31:20-31:55 (Rodriguez)
39:20-39:50 (Pulliam)
53:00-54:10 (Pulliam, Rodriguez)
1:00:20-1:01:22 (Rodriguez)
1:11:50-1:12:31 (Rodriguez)
1:13:25-1:13:50 (Rodriguez)
1:15:30-1:15:45 (Rodriguez)
1:19:44-1:19:53 (Pulliam)

Dated: July 10, 2025

Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served by the CM/ECF system to all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
*Counsel for Plaintiff*