United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN PULLIAM, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-04210 |
| | § | |
| FORT BEND COUNTY, TEXAS, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with its findings of fact and conclusions of law issued simultaneously with this judgment, the Court hereby enters a final judgment in favor of Plaintiff Justin Pulliam.

The Court orders the following injunctive relief:

- Fort Bend County's written policy and its actions treating reporters using social media differently than reporters using traditional reporting media are hereby permanently enjoined;

- Fort Bend County and the Fort Bend County Sheriff's Office ("FBCSO") shall add Justin Pulliam and any other journalists requesting notification of County or FBCSO press conferences to all media lists announcing press events; and

- FBCSO shall return to Justin Pulliam his equipment seized at the Kraft residence on December 21, 2021.

1 / 2

The Court also awards Justin Pulliam total compensatory damages of $74,199.66—comprised of nominal damages of $1.00, lost profits of $30,000, equipment replacement of $1,444.35, costs to prevent future destruction media of $6,023.40, reputation, humiliation, and mental anguish of $15,000, and criminal attorneys' fees of $22,730.91.

Each party shall bear its own fees and costs. Any other pending motions are **DENIED AS MOOT.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on March 27, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE