**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| JUSTIN PULLIAM,<br><br>    *Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>    *Defendants*. | Civil Action No. 4:22-cv-4210 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO MOVE FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rule 54.2 and Federal Rule of Civil Procedure 54, Plaintiff Justin Pulliam respectfully requests a 30-day extension of time to move for attorneys' fees and costs. Defendants do not oppose this motion. Plaintiff's motion is made on the following grounds:

1.      The Court entered its amended final judgment on March 30, 2026. (Dkt. No. 126).

2.      With respect to the Court's final judgment in favor of Plaintiff on his § 1983 constitutional claims, Plaintiff may be a "prevailing party" for the purposes of attorneys' fees under 42 U.S.C. § 1988.

1

3.      Federal Rule of Civil Procedure 54(d) and Local Rule 54.2 jointly provide for a motion for attorneys' fees and taxation of costs to the "prevailing party."

4.      Plaintiff's current deadline to move for attorneys' fees and costs is April 13, 2026. A 14-day deadline for attorneys' fees and costs began to run upon entry of the amended final judgment on March 30, 2026. Under Rule 54(d)(2)(B), the time to file a motion for attorneys' fees is "no later than 14 days after entry of judgment" "[u]nless a statute or court order provides otherwise." This Court's Local Rule 54.2 provides: "An application for costs shall be made by filing a bill of costs within 14 days of the entry of final judgment. When attorneys fees are taxable as costs, an application for them must be made with the application for other costs."

5.      Plaintiff respectfully asks the Court for a 30-day extension of time, up to and including April 29, 2026. A motion for attorneys' fees requires an analysis of counsel's hours, the exercise of billing judgment, providing evidence of reasonable hours in admissible form, expert testimony on the reasonableness of hourly rates, and legal argument. This case involved many rounds of briefing, extensive discovery, and a complex multi-day trial.

6.      Plaintiff's lead counsel, Christie Hebert, is experiencing a family emergency that makes it infeasible to complete the tasks necessary for a fees motion within the current 14-day deadline. Because of her personal involvement in every aspect of the case, her participation in the fees motion is essential.

7.      This motion is not brought for the purpose of delay or any other improper purpose.

8.    Counsel for Plaintiff conferred with counsel for Defendants on April 2, 2026 to discuss the merits of this motion and Defendants' counsel does not oppose the motion.

Dated: April 2, 2026.                    Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*

4