**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JUSTIN PULLIAM,

     *Plaintiff*,

v.

COUNTY OF FORT BEND, TEXAS;
SHERIFF ERIC FAGAN, in his
individual capacity; OFFICER ROBERT
HARTFIELD, in his individual capacity;
OFFICER JONATHAN GARCIA, in his
individual capacity; OFFICER TAYLOR
ROLLINS, in his individual capacity;
and OFFICER RICKY RODRIGUEZ, in
his individual capacity,

     *Defendants*.

Civil Action No. 4:22-cv-4210

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS**

Before the Court is Plaintiff's Unopposed Motion for a 30-Day Extension of Time

to Move for Attorneys' Fees and Costs.

The motion is GRANTED and IT IS HEREBY ORDRED that Plaintiff's deadline

to move for attorneys' fees and costs be extended to April 29, 2026.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2026.

_____
Honorable Judge George C. Hanks, Jr.

1