United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JUSTIN PULLIAM,

     *Plaintiff*,

v.

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,

     *Defendants*.

Civil Action No. 4:22-cv-4210

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS

Before the Court is Plaintiff's Unopposed Motion for a 30-Day Extension of Time to Move for Attorneys' Fees and Costs.

The motion is GRANTED and IT IS HEREBY ORDRED that Plaintiff's deadline to move for attorneys' fees and costs be extended to April 29, 2026.

**SO ORDERED** this __9th__ day of __April__, 2026.

_George C. Hanks Jr_
Honorable Judge George C. Hanks, Jr.

1