**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JUSTIN PULLIAM, <br><br> *Plaintiff*, <br><br> v. <br><br> COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, <br><br> *Defendants*. | Civil Action No. 4:22-cv-4210 |

**PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rule 54.2 and Federal Rule of Civil Procedure 54, Plaintiff Justin Pulliam respectfully requests a second 30-day extension of time to move for attorneys' fees and costs. Defendants do not oppose this motion. Plaintiff's motion is made on the following grounds:

1.    The Court entered its amended final judgment on March 30, 2026. (Dkt. No. 126).

2.    On April 2, 2026, Plaintiff moved for a 30-day extension of time to file a motion for attorney fees and costs. Dkt. No. 127. Defendants did not oppose the motion. *Id.*

1

3.    On April 9, 2026, this Court granted Plaintiff's motion and extended his deadline to move for fees and costs to, and including, April 29, 2026. Dkt. No. 128.

4.    Plaintiff respectfully requests an additional 30-day extension of time to move for fees and costs to, and including, May 29, 2026.

5.    The parties are actively engaged in discussions aimed at resolving this case without further action by the Court. If those settlement negotiations are productive, they may eliminate the need for additional motions practice, including briefing on a motion for attorneys' fees and costs. In the interest of preserving the parties' resources and promoting judicial economy, an extension of the deadline is respectfully requested.

6.    This motion is not brought for the purpose of delay or any other improper purpose.

7.    Counsel for Plaintiff conferred with counsel for Defendants on April 22, 2026 to discuss the merits of this motion and Defendants' counsel does not oppose the motion.

Dated: April 22, 2026.                    Respectfully submitted,

                                          /s/ Christen Mason Hebert
                                          Christen Mason Hebert, Attorney-in-Charge
                                          Texas Bar No. 24099898
                                          Federal ID No. 3844981

                                          Jeffrey Rowes*, of counsel
                                          Texas Bar No. 24104956

                                          Michael Peña*, of counsel
                                          Texas Bar No. 24131580

                                          INSTITUTE FOR JUSTICE
                                          816 Congress Ave., Suite 970
                                          Austin, TX 78701
                                          (512) 480-5936
                                          chebert@ij.org
                                          jrowes@ij.org
                                          mpena@ij.org

                                          *Admitted *pro hac vice*

                                          *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*