**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JUSTIN PULLIAM, | |
| *Plaintiff*, | |
| v. | Civil Action No. 4:22-cv-4210 |
| COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE FOR ATTORNEYS' FEES AND COSTS**

Before the Court is Plaintiff's Second Unopposed Motion for Extension of Time to Move for Attorneys' Fees and Costs.

The motion is GRANTED and IT IS HEREBY ORDRED that Plaintiff's deadline to move for attorneys' fees and costs be extended to May 29, 2026.

**SO ORDERED** this _____ day of _____, 2026.

_____
Honorable Judge George C. Hanks, Jr.

1