United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM, <br><br> *Plaintiff*, <br><br> v. <br><br> COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity, <br><br> *Defendants*. | Civil Action No. 4:22-cv-4210 |

### ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS

Before the Court is Plaintiff's Second Unopposed Motion for Extension of Time to Move for Attorneys' Fees and Costs.

The motion is GRANTED and IT IS HEREBY ORDRED that Plaintiff's deadline to move for attorneys' fees and costs be extended to May 29, 2026.

**SO ORDERED** this _23rd_ day of _April_, 2026.

_____
Honorable Judge George C. Hanks, Jr.

1