**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JUSTIN PULLIAM,

       *Plaintiff,*

v.

FORT BEND COUNTY, TEXAS; *et al.*,

       *Defendants.*

Civil Action No. 4:22-cv-4210

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Justin Pulliam hereby appeals to the United States Court of Appeals for the

Fifth Circuit from the Amended Final Judgment entered on March 30, 2026 (Dkt. No. 126).

Dated: April 29, 2026.

Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org
*Admitted *pro hac vice*

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*

2