**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Justin Pulliam

*versus*                                           Case Number: 4:22–cv–04210

Fort Bend County, Texas, et al.

## NOTICE OF NON–COMPLIANCE

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: May 14, 2026.

Nathan Ochsner, Clerk