**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>    *Plaintiff,*<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>    *Defendants.* | Civil Action No. 4:22-cv-4210 |

**PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Local Rule 54.2 and Federal Rule of Civil Procedure 54, Plaintiff Justin Pulliam respectfully requests an additional 30-day extension of time to move for attorneys' fees and costs. Defendants do not oppose this motion. Plaintiff's motion is made on the following grounds:

1.	The Court entered its amended final judgment on March 30, 2026. (Dkt. No. 126).

2.	On April 2, 2026, Plaintiff moved for a 30-day extension of time to file a motion for attorneys' fees and costs. Dkt. No. 127. Defendants did not oppose the motion. *Id.*

1

3.      On April 9, 2026, this Court granted Plaintiff's motion and extended his deadline to move for attorneys' fees and costs to, and including, April 29, 2026. Dkt. No. 128.

4.      On April 22, 2026, Plaintiff moved for an additional 30-day extension of time to file a motion for attorneys' fees and costs. Dkt. No. 129. Defendants also did not oppose the motion. *Id.*

5.      On April 23, 2026, this Court granted Plaintiff's second motion and extended his deadline to move for attorneys' fees and costs to, and including, May 29, 2026. Dkt. No. 130.

6.      Plaintiff respectfully requests an additional 30-day extension of time to move for attorneys' fees and costs. The new deadline would be June 29, 2026.

7.      The parties have tentatively agreed to a settlement in principle and are preparing the required documentation to formalize that agreement. A settlement agreement will eliminate the need for additional motions practice, including briefing on a motion for attorneys' fees and costs. In the interest of preserving the parties' resources and promoting judicial economy, an extension of the deadline is respectfully requested.

8.      This motion is not brought for the purpose of delay or any other improper purpose.

9.      Counsel for Plaintiff conferred with counsel for Defendants on May 22, 2026 to discuss the merits of this motion and Defendants' counsel does not oppose the motion.

Dated: May 22, 2026.

Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*

4