United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JUSTIN PULLIAM,

    *Plaintiff,*

v.

COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,

    *Defendants*.

Civil Action No. 4:22-cv-4210

## ORDER GRANTING PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES AND COSTS

Before the Court is Plaintiff's Third Unopposed Motion for Extension of Time to Move for Attorneys' Fees and Costs.

The motion is GRANTED and IT IS HEREBY ORDRED that Plaintiff's deadline to move for attorneys' fees and costs be extended to June 29, 2026.

**SO ORDERED** this __26th__ day of __May__, 2026.

_____

Honorable Judge George C. Hanks, Jr.

1