# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>   *Plaintiff*,<br><br>v.<br><br>COUNTY OF FORT BEND, TEXAS; SHERIFF ERIC FAGAN, in his individual capacity; OFFICER ROBERT HARTFIELD, in his individual capacity; OFFICER JONATHAN GARCIA, in his individual capacity; OFFICER TAYLOR ROLLINS, in his individual capacity; and OFFICER RICKY RODRIGUEZ, in his individual capacity,<br><br>   *Defendants*. | Civil Action No. 4:22-cv-4210 |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff hereby submits this Notice of Settlement to inform the Court of the following:

1. On June 8, 2026, the parties entered into a Settlement Agreement and Release resolving all remaining issues upon Defendants' payment of the damages award to Plaintiff and agreeing that Plaintiff will not pursue attorneys' fees and costs.

2. Defendants have satisfied payment of the damages awarded to Plaintiff in the Amended Final Judgment. (Dkt. No. 126).

3. Accordingly, Plaintiff hereby notifies the Court that the monetary portion of the Amended Final Judgment has been completed and that Plaintiff will not move for attorneys' fees and costs.

4. The settlement disposes of all remaining issues in this case.

Dated: June 18, 2026.

Respectfully submitted,

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge
Texas Bar No. 24099898
Federal ID No. 3844981

Jeffrey Rowes*, of counsel
Texas Bar No. 24104956

Michael Peña*, of counsel
Texas Bar No. 24131580

INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org
jrowes@ij.org
mpena@ij.org

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, a true and correct copy of the foregoing

document was served via the Court's CM/ECF system upon all counsel of record.

/s/ Christen Mason Hebert
Christen Mason Hebert, Attorney-in-Charge

*Attorney for Plaintiff*