United States Courts
Southern District of Texas
FILED

*June 23, 2026*

Nathan Ochsner, Clerk of Court

### *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-20220   Pulliam v. Fort Bend County
    USDC No. 4:22-CV-4210

The court has taken the following action in this case:

Motion for attorney, Christen Hebert, to withdraw as counsel is GRANTED.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Melissa Mattingly*

    By: _____
    Melissa V. Mattingly, Deputy Clerk
    504-310-7719

Ms. Christen Hebert
Mr. Kevin Troy Hedges
Mr. Nathan Ochsner
Mr. Justin Pulliam