

United States Courts
Southern District of Texas
FILED

*June 23, 2026*

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
## for the Fifth Circuit

A True Copy
Certified order issued Jun 23, 2026

*Jyl W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 26-20220

JUSTIN PULLIAM,

*Plaintiff—Appellant,*

*versus*

FORT BEND COUNTY, TEXAS; ERIC FAGAN, *Sheriff, in his Individual Capacity*; TAYLOR ROLLINS, *Officer, in his Individual Capacity,*

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-4210

---

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of June 23, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 23, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 26-20220   Pulliam v. Fort Bend County
                 USDC No. 4:22-CV-4210

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

          Sincerely,

          LYLE W. CAYCE, Clerk

*Melissa Mattingly*

          By: _____
          Melissa V. Mattingly, Deputy Clerk
          504-310-7719

cc w/encl:
    Mr. Kevin Troy Hedges
    Mr. Justin Pulliam